# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-six.

Before:          Eunice C. Lee,
                      *Circuit Judge.*

_____

E. Jean Carroll,

                 Plaintiff - Appellee,

     v.

Donald Trump,

                 Defendant - Appellant.

_____

**ORDER**

Docket No. 26-1840

Appellant moves for an immediate administrative stay of the district court's July 8, 2026 order authorizing disbursement of deposited funds held in the court's registry, while the Court considers Appellant's forthcoming motion for a stay pending appeal.

IT IS HEREBY ORDERED that the motion for an administrative stay is DENIED. *See Nken v. Holder*, 556 U.S. 418, 433–36 (2009) (discussing stay factors).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit