July 14, 2026

<u>Via ACMS</u>
Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  **RE:**   ***Carroll v. Trump*, No. 26-1840**

Dear Ms. Wolfe:

  President Donald J. Trump respectfully notifies the Court of a development material to his pending Motion for a Stay Pending Appeal and/or, if Necessitated by Events, an Injunction Pending Appeal (the "Motion"). On or about July 14, 2026, the district court's Court Registry Investment System ("CRIS") distributed $5,625,005.48 to Kaplan Martin, LLP, counsel for Plaintiff. In Part II of his Motion, President Trump requested an injunction pending appeal as alternative relief in the event that CRIS distributes these funds during the pendency of this appeal—an event that has now occurred. *See* Doc. No. 15.1, at 22-23.

  In her briefing before this Court last week, Plaintiff stated and notified the Court and President Trump that she will not distribute the funds disbursed by CRIS to third parties, but instead "will place the award in an interest-bearing account until" the Supreme Court rules on President Trump's Petition for Rehearing. Doc. No. 12.1, at 10-11.

        Sincerely,

        <u>*/s/ Josh Halpern*</u>
        Josh Halpern
        JH Legal PLLC
        1100 H Street NW, Suite 840
        Washington, DC 20005
        (610) 405-5531
        jhalpern@jhlegalpllc.com

cc:   Counsel of record