# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**　　　　**2. PLEASE TYPE OR PRINT**　　　　**3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Carroll v. Trump | SDNY | Hon. Lewis Kaplan |

| | | |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket: July 8, 2026 | District Court Docket No.: 1:22-cv-10016 |
| | Date the Notice of Appeal was Filed: July 8, 2026 | Is this a Cross Appeal? ☐ Yes　☑ No |

| **Attorney(s) for Appellant(s):** ☐ Plaintiff ☑ Defendant | Counsel's Name:　Address:　Telephone No.:　Fax No.:　E-mail: Josh Halpern; JH Legal PLLC; 1100 H Street NW, Suite 840, Washington, DC 20005; (610) 405-5531; jhalpern@jhlegalpllc.com |
|---|---|
| **Attorney(s) for Appellee(s):** ☑ Plaintiff ☐ Defendant | Counsel's Name:　Address:　Telephone No.:　Fax No.:　E-mail: Roberta Kaplan; Kaplan Martin; 1133 Avenue of the Americas, Suite 1500, New York, NY 10036; (212) 316-9500; rkaplan@kaplanmartin.com |

| Has Transcript Been Prepared? N/A | Approx. Number of Transcript Pages: N/A | Number of Exhibits Appended to Transcript: N/A | Has this matter been before this Circuit previously? ☑ Yes　☐ No If Yes, provide the following: Case Name: Carroll v. Trump 2d Cir. Docket No.: 23-793　Reporter Citation: (i.e., F.3d or Fed. App.) 141 F.4th 366, 124 F.4th 140 |
|---|---|---|---|

*ADDENDUM "A":* **COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.**

*ADDENDUM "B":* **COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.**

### PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party　☑ Diversity ☐ Federal question (U.S. not a party)　☐ Other (specify): _____ | ☑ Final Decision ☐ Interlocutory Decision Appealable As of Right ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) ☐ Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

FORM C (Rev. October 2025)

## PART B: DISTRICT COURT DISPOSITION   (Check as many as apply)

**1. Stage of Proceedings**

- [ ] Pre-trial
- [ ] During trial
- [x] After trial

**2. Type of Judgment/Order Appealed**

- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal

- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [x] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict
- [ ] Other (specify):

**3. Relief**

- [ ] Damages:
  - [ ] Sought: $ _____
  - [x] Granted: $ _____
  - [ ] Denied: $ _____
- [ ] Injunctions:
  - [ ] Preliminary
  - [ ] Permanent
  - [ ] Denied

Disbursement of $5,625,005.48 from Court Registry to Plaintiff

## PART C: NATURE OF SUIT   (Check as many as apply)

**1. Federal Statutes**

- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [ ] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [ ] Other (specify): _____
- [ ] Communications
- [ ] Consumer Protection
- [ ] Copyright [ ] Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [ ] Securities
- [ ] Tax

**2. Torts**

- [ ] Admiralty/ Maritime
- [x] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**

- [ ] Admiralty/ Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**

- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**

- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify): _____
- [ ] Other (specify): _____

**6. General**

- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**

- [x] Yes
- [ ] No

Will appeal raise a matter of first impression?

- [ ] Yes
- [x] No

1. Is any matter relative to this appeal still pending below? [ ] Yes, specify: _____   [x] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A)   Arises from substantially the same case or controversy as this appeal?   [x] Yes   [ ] No

   (B)   Involves an issue that is substantially similar or related to an issue in this appeal?   [x] Yes   [ ] No

If yes, state whether [ ] "A," or [ ] "B," or [ ] both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Trump v. Carroll; and Carroll I | 25-573; and Carroll I | | U.S. Supreme Court |

Name of Appellant: President Donald J. Trump

Date: July 22, 2026

Signature of Counsel of Record: /s/ Josh Halpern

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $605 docketing fee to the United States District Court or the $600 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

FORM C  (Rev. October 2025)

## <u>ADDENDUM A</u>

**I.     Brief description of the nature of the action and the result below:**

Plaintiff E. Jean Carroll brought causes of action for battery and defamation against President Donald J. Trump, seeking compensatory and punitive damages. Following trial and certain appellate proceedings, Carroll sought to collect the awarded funds from the district court registry, while President Trump's appeal remains pending before the Supreme Court. President Trump has appealed the district court's order disbursing the funds to Carroll. In her stay briefing before this Court, Carroll committed to maintaining the funds in an interest bearing account pending the Supreme Court's resolution of President Trump's petition for rehearing.

**II.    Copies of notice of appeal and district court docket sheet: [see attached]**

**III.   Copies of the lower court order and memorandum opinion: [see attached]**

## ADDENDUM B

**I.**     **List of issues proposed to be raised on appeal, with applicable appellate standard of review:**

Issue: Whether the stipulation of the parties permitted disbursement of funds held in the district court registry to Plaintiff?

Standard of Review: This Court reviews the district court's interpretation of the parties' stipulation *de novo*. *Aquino v. Alexander Capital LP*, No. 24-447, 2024 WL 4635219, at *3 (2d Cir. Oct. 31, 2024); *Lee v. BSB Greenwich Mortg. Ltd. Partnership*, 267 F.3d 172, 178 (2d Cir. 2001).

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

E. JEAN CARROLL,

*Plaintiff,*

v.

PRESIDENT DONALD J. TRUMP,

*Defendant.*

No. 1:22-cv-10016 (LAK)

### NOTICE OF APPEAL

Defendant President Donald J. Trump hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on July 8, 2026 (Doc. 241) by the Honorable Lewis A. Kaplan, granting disbursement of funds held in the Court's Registry Investment System ("CRIS"), and from all adverse orders and rulings that merge with the above-referenced Order.

Dated: July 8, 2026
New York, New York

Respectfully submitted,

*/s/ Michael T. Madaio*
Michael T. Madaio
MADAIO, EYET & ASSOCIATES LLP
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
T:  (908) 869-1188
F:  (980) 450-1881
mmadaio@me-firm.com

Josh Halpern*
JH LEGAL PLLC
1100 H Street NW
Suite 840
Washington, DC 20005
(610) 405-5531
jhalpern@jhlegalpllc.com

1

2

*Pro hac vice application forthcoming*

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2026, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Michael T. Madaio*

CLOSED,APPEAL,ECF,RELATED

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22−cv−10016−LAK

Carroll v. Trump
Assigned to: Judge Lewis A. Kaplan
Related Case:  1:20−cv−07311−LAK
Case in other court:  U.S. Court of Appeals, 2nd Circ.,
                      23−00793
Cause: 28:1332 Diversity Action

Date Filed: 11/24/2022
Date Terminated: 05/11/2023
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**E. Jean Carroll**

represented by

**Dennis Brandon Trice**
Kaplan Martin LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
212−316−9500
Email: btrice@kaplanmartin.com
*ATTORNEY TO BE NOTICED*

**Joshua Adam Matz**
Kaplan Hecker & Fink LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
929−294−2537
Email: jmatz@heckerfink.com
*TERMINATED: 09/10/2024*

**Matthew J. Craig**
Kaplan Hecker & Fink LLP
350 Fifith Avenue, Suite 7110
New York, NY 10118
(212)−763−0883
Fax: (212)−564−0883
Email: mcraig@heckerfink.com
*TERMINATED: 09/10/2024*

**Maximilian Crema**
Kaplan Martin LLP
1133 Avenue of the Americas
Suite 1500
New York, NY 10036
212−316−9500
Email: mcrema@kaplanmartin.com
*ATTORNEY TO BE NOTICED*

**Michael Ferrara**
Kaplan Hecker & Fink LLP
350 5th Ave.
Ste 63rd Floor
New York, NY 10118
929−294−2529
Email: mferrara@heckerfink.com
*TERMINATED: 09/10/2024*

**Shawn Geovjian Crowley**
Kaplan, Hecker & Fink LLP
350 Fifth Avenue
Ste 63rd Floor
New York, NY 10118

212−763−0883
Email: scrowley@heckerfink.com
*TERMINATED: 08/09/2024*

**Trevor Morrison**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
Ste 63rd Floor
New York, NY 10118
212−763−0883
Email: tmorrison@heckerfink.com
*TERMINATED: 09/10/2024*

**Roberta Ann Kaplan**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
63rd Floor
10118
New York, NY 10118
212−763−0883
Fax: 212−564−0883
Email: rkaplan@kaplanmartin.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**                         represented by   **Chad Derek Seigel**
Tacopina & Seigel , P.C.
275 Madison Avenue,
, Fl 35
New York, NY 10016
(212) 227−8877
Fax: (212)619−1028
Email: cseigel@tacopinalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Tacopina**
Tacopina Seigel & DeOreo
275 Madison Ave.
35th Floor
New York, NY 10016
212−227−8877
Fax: 212−619−1028
Email: jtacopina@tacopinalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew G. DeOreo**
Tacopina Seigel & DeOreo
275 Madison Avenue
Fl 35
10016−1133, Ste 35th Floor
New York, NY 10016
212−227−8877
Fax: 212−619−1028
Email: mdeoreo@tacopinalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alina Habba**
Habba Madaio & Associates LLP
1430 US Highway 206

Suite 240
Bedminster, NJ 07921
908−869−1188
Email: Alina.Habba@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael T Madaio**
Habba Madaio & Associates LLP
1430 US Highway 206
Suite 240
Bedminster, NJ 07921
908−869−1188
Email: mmadaio@me−firm.com
*ATTORNEY TO BE NOTICED*

**W. Perry Brandt**
W. Perry Brandt
P.O. Box 45081
Kansas City, MO 64111
816−305−7377
Email: wpbkc838@gmail.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Matthew Russell Lee**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2022 | 1 | COMPLAINT against Donald J. Trump. (Filing Fee $ 402.00, Receipt Number ANYSDC−27003355)Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 11/24/2022) |
| 11/24/2022 | 2 | CIVIL COVER SHEET filed..(Kaplan, Roberta) (Entered: 11/24/2022) |
| 11/24/2022 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 20−cv−7311 (LAK). Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 11/24/2022) |
| 11/24/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Donald J. Trump, re: 1 Complaint. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 11/24/2022) |
| 11/24/2022 | 5 | NOTICE OF APPEARANCE by Shawn Geovjian Crowley on behalf of E. Jean Carroll..(Crowley, Shawn) (Entered: 11/24/2022) |
| 11/24/2022 | 6 | NOTICE OF APPEARANCE by Joshua Adam Matz on behalf of E. Jean Carroll..(Matz, Joshua) (Entered: 11/24/2022) |
| 11/24/2022 | 7 | NOTICE OF APPEARANCE by Matthew J. Craig on behalf of E. Jean Carroll..(Craig, Matthew) (Entered: 11/24/2022) |
| 11/28/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. .(pc) (Entered: 11/28/2022) |
| 11/28/2022 | | Case Designated ECF. (pc) (Entered: 11/28/2022) |
| 11/28/2022 | | CASE REFERRED TO Judge Lewis A. Kaplan as possibly related to 20cv7311. (pc) (Entered: 11/28/2022) |
| 11/28/2022 | 8 | ELECTRONIC SUMMONS ISSUED as to Donald J. Trump..(pc) (Entered: 11/28/2022) |
| 11/29/2022 | | CASE ACCEPTED AS RELATED. Create association to 1:20−cv−07311−LAK. Notice of Assignment to follow. (laq) (Entered: 11/29/2022) |
| 11/29/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis A. Kaplan. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 11/29/2022) |

| 11/29/2022 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (laq) (Entered: 11/29/2022) |
|---|---|---|
| 12/01/2022 | 9 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Donald J. Trump served on 11/30/2022, answer due 12/21/2022. Service was accepted by "John Doe" (Refused Name). Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 12/01/2022) |
| 12/02/2022 | 10 | ORDER, 1.The Court will hold a scheduling conference on December 21, 2022 in Courtroom 21B at 10:00 a.m. 2.On or before December 19, 2022, the parties shall submit a discovery plan containing the information required by Fed. R. Civ. P. 26(f) as well as the following: a.Any contention that any of the discovery taken in Carroll v. Trump, 20−cv−7311 (LAK) (Carroll I), is not admissible in this action and the basis, item−by−item, for that contention.b.A detailed statement of what specific discovery that was not conducted in Carroll I is needed for the prosecution or defense of this case and the basis for the contention that it is needed. c.The parties proposed scheduling orders for this case and the bases for their proposals.( Scheduling Conference set for 12/21/2022 at 10:00 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan.) (Signed by Judge Lewis A. Kaplan on 12/2/2022) (Mohan, Andrew) (Entered: 12/02/2022) |
| 12/08/2022 | 11 | NOTICE OF APPEARANCE by Alina Habba on behalf of Donald J. Trump..(Habba, Alina) (Entered: 12/08/2022) |
| 12/08/2022 | 12 | NOTICE OF APPEARANCE by Michael T Madaio on behalf of Donald J. Trump..(Madaio, Michael) (Entered: 12/08/2022) |
| 12/09/2022 | 13 | ORDER. Counsel are advised that Shawn G. Crowley, Esq., who appears for the plaintiff in the first captioned case and for the defendant in the second, is a former law clerk to the undersigned. The undersigned co−officiated (with another judge) at the marriage of Ms. Crowley approximately seven years ago. (Signed by Judge Lewis A. Kaplan on 12/9/22) (yv) (Entered: 12/09/2022) |
| 12/19/2022 | 14 | LETTER MOTION to Seal *Exhibit to Joint Proposed Discovery Plan* addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated December 19, 2022. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 12/19/2022) |
| 12/19/2022 | 15 | PROPOSED CASE MANAGEMENT PLAN. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − Discovery Completed in Carroll I, # 2 Exhibit B − Excerpts of Depositions of Plaintiff and Defendant, # 3 Exhibit C − Excerpts of Deposition of Plaintiff, # 4 Exhibit D − [Proposed] Protective and Confidentiality Order).(Kaplan, Roberta) (Entered: 12/19/2022) |
| 12/19/2022 | 16 | ***SELECTED PARTIES***PROPOSED CASE MANAGEMENT PLAN. Document filed by E. Jean Carroll, Donald J. Trump. (Attachments: # 1 Exhibit A − Discovery Completed in Carroll I, # 2 Exhibit B − Excerpts of Depositions of Plaintiff and Defendant, # 3 Exhibit C − Excerpts of Deposition of Plaintiff, # 4 Exhibit D − [Proposed] Protective and Confidentiality Order) Motion or Order to File Under Seal: 14 .(Kaplan, Roberta) (Entered: 12/19/2022) |
| 12/20/2022 | 17 | ORDER granting 14 Letter Motion to Seal. Granted without prejudice to any contention by plaintiff that sealing of the excerpts from defendant's deposition should not be sealed. (Signed by Judge Lewis A. Kaplan on 12/20/22) (yv) (Entered: 12/20/2022) |
| 12/20/2022 | 18 | PROTECTIVE AND CONFIDENTIALITY ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO ORDERED. (Signed by Judge Lewis A. Kaplan on 12/20/2022) (vfr) (Entered: 12/20/2022) |
| 12/21/2022 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Scheduling Conference held on 12/21/2022. (Court Reporter Andrew Walker) (Mohan, Andrew) (Entered: 12/21/2022) |

| 12/21/2022 | 19 | PRETRIAL AND SCHEDULING ORDER: The Court has received a joint proposed discovery plan from and conducted a pretrial and scheduling conference with counsel for both parties. The following reflects the determinations made as a result of those consultations. No discovery taken in Carroll v. Trump, 20−cv−7311 (LAK) (hereinafter "Carroll I") shall be inadmissible in this action on the basis that it was taken in Carroll I and not in this action. Each of the parties may object to the admissibility in this action of discovery derived from Carroll I on any other independent basis and as further set forth in this Order. The following schedule shall govern further proceedings in this case: Motions due by 2/23/2023. Responses due by 3/9/2023 Replies due by 3/16/2023. Deposition due by 1/30/2023. Expert Discovery due by 2/6/2023. Pretrial Order due by 2/16/2023. The Court will resolve the question whether to consolidate or jointly try Carroll I with this case at a later date. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 12/21/22) (yv) (Entered: 12/21/2022) |
| 12/21/2022 | 20 | MOTION to Dismiss . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 12/21/2022) |
| 12/21/2022 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 12/21/2022) |
| 12/21/2022 | 22 | MOTION to Stay . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 12/21/2022) |
| 12/21/2022 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION to Stay . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 12/21/2022) |
| 12/27/2022 | 24 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/21/2022 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/17/2023. Redacted Transcript Deadline set for 1/27/2023. Release of Transcript Restriction set for 3/27/2023..(McGuirk, Kelly) (Entered: 12/27/2022) |
| 12/27/2022 | 25 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/21/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 12/27/2022) |
| 01/04/2023 | 26 | MEMORANDUM OF LAW in Opposition re: 20 MOTION to Dismiss . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 01/04/2023) |
| 01/04/2023 | 27 | MEMORANDUM OF LAW in Opposition re: 22 MOTION to Stay . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 01/04/2023) |
| 01/09/2023 | 28 | **Vacated as per Judge's Order dated 1/9/2023, Doc. #32** ORDER UNSEALING PREVIOUSLY SEALED PORTION OF DEFENDANT'S DEPOSITION. The Clerk shall unseal all previously redacted portions of Exhibit B to the Proposed Case Management Plan (Dkt 15−2) and place them on the unrestricted public record. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/9/23) (yv) Modified on 1/9/2023 (yv). Modified on 1/10/2023 (jca). (Entered: 01/09/2023) |
| 01/09/2023 | 29 | LETTER addressed to Judge Lewis A. Kaplan from Michael Madaio dated 1/9/2023 re: court order dated 1/9/2023. Document filed by Donald J. Trump..(Madaio, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | 30 | MEMO ENDORSEMENT on re: 29 Letter court order dated 1/9/2023 filed by Donald J. Trump. ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/9/23) (yv) (Entered: 01/09/2023) |
| 01/09/2023 | 31 | MOTION for Trevor W. Morrison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27180128. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by E. Jean Carroll. (Attachments: # 1 Affidavit of Trevor W. Morrison, # 2 Exhibit − Certificate of Good Standing, # 3 Text |

| | | |
|---|---|---|
| | | of Proposed Order for Admission Pro Hac Vice).(Morrison, Trevor) (Entered: 01/09/2023) |
| 01/09/2023 | 32 | ORDER The unsealing order dated today (Dkt 28) is vacated. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/9/2023) (jca) (Entered: 01/10/2023) |
| 01/10/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Trevor W. Morrison to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27180128. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 01/10/2023) |
| 01/11/2023 | 33 | ORDER granting 31 Motion for Trevor W. Morrison to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 01/11/2023) |
| 01/11/2023 | 34 | REPLY MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 01/11/2023) |
| 01/11/2023 | 35 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION to Stay . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 01/11/2023) |
| 01/12/2023 | 36 | LETTER addressed to Judge Lewis A. Kaplan from Michael Madaio dated 1/12/2023 re: Letter in Opposition to Motion to Seal. Document filed by Donald J. Trump..(Madaio, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 37 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated January 12, 2023 re: response to Defendant's 1/12/23 letter re sealing (ECF 36). Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 01/12/2023) |
| 01/13/2023 | 38 | Memorandum Opinion denying 20 Motion to Dismiss; denying as moot 22 Motion to Stay re: 20 MOTION to Dismiss ., 22 MOTION to Stay . (Signed by Judge Lewis A. Kaplan on 1/13/2023) (Mohan, Andrew) (Entered: 01/13/2023) |
| 01/13/2023 | 39 | ORDER UNSEALING FILED PORTION OF DEFENDANT'S DEPOSITION. Defendant's application (Dkt 36) is denied. The Clerk shall make the entirety of Dkt 16 available for unrestricted public access. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/13/23) (yv) (Entered: 01/13/2023) |
| 01/17/2023 | 40 | ORDER: Any application to adopt measures to prevent or minimize the risk of any events that could inappropriately influence jurors that may be empaneled in this case, as well as prospective jurors, whether by enpaneling the jury, anonymously or otherwise, shall be filed on or before February 7, 2023. Any response to such a motion shall be filed on or before February 14, 2023. Any reply in support thereof shall be filed on or before February 17, 2023. ( Motions due by 2/7/2023., Replies due by 2/17/2023., Responses due by 2/14/2023) (Signed by Judge Lewis A. Kaplan on 1/16/2023) (tro) (Entered: 01/17/2023) |
| 01/27/2023 | 41 | ANSWER to 1 Complaint with JURY DEMAND. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 01/27/2023) |
| 01/31/2023 | 42 | NOTICE OF APPEARANCE by Joseph Tacopina on behalf of Donald J. Trump..(Tacopina, Joseph) (Entered: 01/31/2023) |
| 01/31/2023 | 43 | NOTICE OF APPEARANCE by Matthew G. DeOreo on behalf of Donald J. Trump..(DeOreo, Matthew) (Entered: 01/31/2023) |
| 01/31/2023 | 44 | NOTICE of Notice of Appearance by Chad Derek Seigel on behalf of Donald J. Trump. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 01/31/2023) |
| 01/31/2023 | 45 | NOTICE OF APPEARANCE by Chad Derek Seigel on behalf of Donald J. Trump..(Seigel, Chad) (Entered: 01/31/2023) |
| 01/31/2023 | 46 | LETTER MOTION for Conference addressed to Judge Lewis A. Kaplan from Alina Habba dated 01/31/2023. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 01/31/2023) |

| 02/01/2023 | | Set Hearings regarding DI 46, a letter motion requesting a conference: Status Conference set for 2/7/2023 at 11:00 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan. (Mohan, Andrew) (Entered: 02/01/2023) |
|---|---|---|
| 02/07/2023 | 47 | LETTER addressed to Judge Lewis A. Kaplan from Robert A. Kaplan dated 2/06/2023 re: several scheduling issues. Document filed by Robert A. Kaplan.(ama) (Entered: 02/07/2023) |
| 02/07/2023 | 48 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 2/06/2023 re: Response to today's letter submitted this morning by counsel for Plaintiff..(ama) (Entered: 02/07/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Status Conference held on 2/7/2023. (Court Reporter Alena Lynch) (Mohan, Andrew) (Entered: 02/07/2023) |
| 02/07/2023 | 49 | AMENDMENT TO PRETRIAL AND SCHEDULING ORDER: The defendant has requested adjustments to the Pretrial and Scheduling Order (Dkt 19) (the "PSO"). The Court has conducted a pretrial and scheduling conference with counsel for both parties. Accordingly, Defendant's time to serve the report of Dr. Edgar Nace or any substitute expe1i in place of Dr. Nace is extended until February 28, 2023.(ii) All discovery of and with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be completed on or before March 14, 2023. (b) Notwithstanding the otherwise applicable February 23, 2023, March 9, 2023, aud March 16, 2023 deadlines to file motions in limine, oppositions to motions in limine, and replies in support of motions in limine, respectively, (i) Any motions in limine with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be filed on or before March 21, 2023. (ii) Any oppositions to motions in limine with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be filed on or before April 4, 2023. (iii) Any replies in support of the motions in limine with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be filed on or before April 11, 2023. (c) Trial will commence on April 25, 2023. The Court will resolve the question whether to consolidate or jointly try Carroll I with this case at a later date. And as set forth herein. SO ORDERED. Motions due by 3/21/2023. Responses due by 4/4/2023 Replies due by 4/11/2023. Discovery due by 3/14/2023. Ready for Trial by 4/25/2023. (Signed by Judge Lewis A. Kaplan on 2/07/2023) (ama) (Entered: 02/07/2023) |
| 02/10/2023 | 50 | AMENDED ANSWER to 1 Complaint with JURY DEMAND. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 02/10/2023) |
| 02/10/2023 | 51 | LETTER MOTION for Discovery addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 02/10/2023. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A: Discovery Request with DNA Report, # 2 Exhibit B: Tweet by Plaintiff).(DeOreo, Matthew) (Entered: 02/10/2023) |
| 02/10/2023 | 52 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated February 10, 2023 re: 51 LETTER MOTION for Discovery addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 02/10/2023. . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 02/10/2023) |
| 02/10/2023 | 53 | LETTER REPLY to Response to Motion addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 02/10/2023 re: 51 LETTER MOTION for Discovery addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 02/10/2023. . Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 02/10/2023) |
| 02/14/2023 | 54 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/7/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Alena Lynch, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/7/2023. Redacted Transcript Deadline set for 3/17/2023. Release of Transcript Restriction set for 5/15/2023..(McGuirk, Kelly) (Entered: 02/14/2023) |
| 02/14/2023 | 55 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/7/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven |

| | | |
|---|---|---|
| | | (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/14/2023) |
| 02/15/2023 | 56 | ORDER denying 51 Letter Motion for Discovery. Mr. Trump has offered no persuasive reason to relieve [him] of the consequences of [his] own failure to seek [the appendix] in a timely fashion. He has failed to demonstrate good cause to reopen discovery for the purpose of obtaining these pages of the DNA report. Nor is there any legitimate basis for this Court to accept Mr. Trumps offer to provide his DNA sample made contingent on the Court granting his application, which it does not. Accordingly, Mr. Trumps letter application (Dkt 51) is denied. (Signed by Judge Lewis A. Kaplan on 2/15/2023) (Mohan, Andrew) (Entered: 02/15/2023) |
| 02/15/2023 | 57 | LETTER MOTION for Discovery addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan, dated February 15, 2023. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − Email Correspondence re Experts, # 2 Exhibit B − Email re Consent Form, # 3 Exhibit C − Email re Recording, # 4 Exhibit D − Proposed Consent Form, # 5 Exhibit E − CV of Dr. Ian Lamoureux, # 6 Exhibit F − Expert Report of Dr. Leslie Lebowitz, PhD).(Kaplan, Roberta) (Entered: 02/15/2023) |
| 02/16/2023 | 58 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated February 16, 2023 re: 57 LETTER MOTION for Discovery addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan, dated February 15, 2023. . Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 02/16/2023) |
| 02/16/2023 | 59 | ORDER granting in part and denying in part 57 Letter Motion for Discovery. Plaintiff's application is disposed of as follows: 1. Defendant has represented that "the scope of Plaintiff's IME will be... confined to the issues of whether Plaintiff was emotionally harmed by the alleged sexual assault, and if so, to what degree and whether she is pretending or exaggerating her injuries. The scope of the IME will not include an analysis as to whether the alleged sexual assault occurred in the first place." Dkt 58, at 3. Accordingly, plaintiff's first request for relief is denied as moot. 2. Plaintiff's second and third requests for relief are unjustified and hence denied. The Court assumes that defendant's expert will administer only psychological tests that are appropriate to the purpose of the examination. 3.The fourth and fifth requests for relief are granted. 4.The IME shall take place on Februaiy 21 and 22 at the offices of plaintiff's counsel. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 2/16/23) (yv) (Entered: 02/16/2023) |
| 02/16/2023 | 60 | PROPOSED PRE−TRIAL ORDER. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 02/16/2023) |
| 02/20/2023 | 61 | LETTER MOTION for Extension of Time *to complete expert discovery* addressed to Judge Lewis A. Kaplan from Joseph Tacopina, Esq. dated February 20, 2023. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A − email correspondence, # 2 Exhibit B − letter from expert).(Tacopina, Joseph) (Entered: 02/20/2023) |
| 02/20/2023 | 62 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated February 20, 2023 re: 61 LETTER MOTION for Extension of Time *to complete expert discovery* addressed to Judge Lewis A. Kaplan from Joseph Tacopina, Esq. dated February 20, 2023. . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 02/20/2023) |
| 02/21/2023 | 63 | LETTER REPLY to Response to Motion addressed to Judge Lewis A. Kaplan from Joseph Tacopina, Esq. dated February 21, 2023 re: 61 LETTER MOTION for Extension of Time *to complete expert discovery* addressed to Judge Lewis A. Kaplan from Joseph Tacopina, Esq. dated February 20, 2023. . Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 02/21/2023) |
| 02/21/2023 | | Set Hearings: Teams Video Conference set for 2/21/2023 at 12:00 PM is cancelled. Memo endorsement regarding Docket Item 61 to follow. (Entered: 02/21/2023) |
| 02/21/2023 | 64 | Memo endorsed ORDER denying as moot 61 Letter Motion for Extension of Time. Motion denied as moot in light of the attached notification. (Signed by Judge Lewis A. |

| | | |
|---|---|---|
| | | Kaplan on 2/21/2023) (Mohan, Andrew) (Main Document 64 replaced on 2/21/2023) (Mohan, Andrew). (Entered: 02/21/2023) |
| 02/21/2023 | 65 | PRETRIAL ORDER (Signed by Judge Lewis A. Kaplan on 2/21/2023) (Mohan, Andrew) (Entered: 02/21/2023) |
| 02/23/2023 | 66 | MOTION for Partial Summary Judgment . Document filed by Donald J. Trump. (Attachments: # 1 Affidavit Declaration of Matthew G. DeOreo, # 2 Exhibit A: Carroll I Complaint, # 3 Exhibit B: Carroll I Answer, # 4 Exhibit C: Carroll II Complaint, # 5 Exhibit D: Carroll II First Amended Answer, # 6 Exhibit E: Transcript of Anderson Cooper Interview, # 7 Exhibit F: Hill Article).(DeOreo, Matthew) (Entered: 02/23/2023) |
| 02/23/2023 | 67 | MEMORANDUM OF LAW in Support re: 66 MOTION for Partial Summary Judgment . . Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 02/23/2023) |
| 02/23/2023 | 68 | RULE 56.1 STATEMENT. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 02/23/2023) |
| 02/23/2023 | 69 | MOTION in Limine . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 02/23/2023) |
| 02/23/2023 | 70 | MEMORANDUM OF LAW in Support re: 69 MOTION in Limine . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 02/23/2023) |
| 02/23/2023 | 71 | DECLARATION of Alina Habba in Support re: 69 MOTION in Limine .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A − Deposition of Natasha Stoynoff, # 2 Exhibit B − Deposition of Jessica Leeds, # 3 Exhibit C − Plaintiff's Second Supplemental Disclosure, # 4 Exhibit D − Plaintiff's Third Supplemental Disclosure).(Habba, Alina) (Entered: 02/23/2023) |
| 02/23/2023 | 72 | MOTION in Limine . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 02/23/2023) |
| 02/23/2023 | 73 | MEMORANDUM OF LAW in Support re: 72 MOTION in Limine . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 02/23/2023) |
| 02/23/2023 | 74 | DECLARATION of Roberta A. Kaplan in Support re: 72 MOTION in Limine .. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit 1 − Excerpts of Deposition of Robert J. Fisher, # 2 Exhibit 2 − Expert Report of Robert J. Fisher, # 3 Exhibit 3 − Expert Report of Ashlee Humphreys, PhD).(Kaplan, Roberta) (Entered: 02/23/2023) |
| 03/09/2023 | 75 | MEMORANDUM OF LAW in Opposition re: 72 MOTION in Limine . . Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 03/09/2023) |
| 03/09/2023 | 76 | DECLARATION of Matthew G. DeOreo in Opposition re: 72 MOTION in Limine .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit 1− Defendant's Memorandum of Law in support of his Motion In Limine in Carroll v Trump No. 1:20−cv−7311−LAK−JLC ("Carroll I"), # 2 Exhibit 2 − February 16, 2023 Declaration of Alina Habba filed in support of Defendant's Motion in Liimine in Carroll I, # 3 Exhibit 3 − Exhibit A to Habba Declaration, # 4 Exhibit 4 − Exhibit B to Habba Declaration, # 5 Exhibit 5 − Defendant's Memorandum of Law in opposition to Plaintiff's Motion in Limine in Carroll I, # 6 Exhibit 6 − February 23, 2023 Declaration of Alina Habba filed in opposition to Plaintiff's Motion in Limine in Carroll I, # 7 Exhibit 7 − Exhibit A to Habba Opposition Declaration, # 8 Exhibit 8 − Exhibit B to Habba Opposition Declaration, # 9 Exhibit 9 − Exhibit D to Habba Opposition Declaration, # 10 Exhibit 10 − Exhibit E to Habba Opposition Declaration, # 11 Exhibit 11 − Defendant's Memorandum of Law in further support of his Motion in Limine in Carroll I).(Tacopina, Joseph) (Entered: 03/09/2023) |
| 03/09/2023 | 77 | MEMORANDUM OF LAW in Opposition re: 69 MOTION in Limine . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 03/09/2023) |
| 03/09/2023 | 78 | DECLARATION of Shawn G. Crowley in Opposition re: 69 MOTION in Limine .. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit 1 − Carroll's Initial Disclosures in Carroll II, # 2 Exhibit 2 − Video of Natasha Stoynoff's Deposition, # 3 |

| | | |
|---|---|---|
| | | Exhibit 3 − Video of Jessica Leeds' Deposition).(Crowley, Shawn) (Entered: 03/09/2023) |
| 03/09/2023 | 79 | MEMORANDUM OF LAW in Opposition re: 66 MOTION for Partial Summary Judgment . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 03/09/2023) |
| 03/09/2023 | 80 | COUNTER STATEMENT TO 68 Rule 56.1 Statement. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 03/09/2023) |
| 03/09/2023 | 81 | DECLARATION of Roberta A. Kaplan in Opposition re: 66 MOTION for Partial Summary Judgment .. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit 1 − Excerpts of Deposition of Donald J. Trump, # 2 Exhibit 2 − October 12, 2022 Statement, # 3 Exhibit 3 − Expert Report of Ashlee Humphreys, PhD).(Kaplan, Roberta) (Entered: 03/09/2023) |
| 03/10/2023 | 82 | NOTICE OF APPEARANCE by Michael Ferrara on behalf of E. Jean Carroll..(Ferrara, Michael) (Entered: 03/10/2023) |
| 03/11/2023 | 83 | ORDER TO SHOW CAUSE Plainff and Defendant shall show cause as to why anonymous jury should not be used. Show Cause Response due by 3/17/2023. (Signed by Judge Lewis A. Kaplan on 3/11/2023) (Kaplan, Lewis) (Entered: 03/11/2023) |
| 03/11/2023 | 84 | ORDER (Signed by Judge Lewis A. Kaplan on 3/11/2023) (Kaplan, Lewis) (Entered: 03/11/2023) |
| 03/16/2023 | 85 | REPLY MEMORANDUM OF LAW in Support re: 66 MOTION for Partial Summary Judgment . . Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 03/16/2023) |
| 03/16/2023 | 86 | REPLY MEMORANDUM OF LAW in Support re: 72 MOTION in Limine . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 03/16/2023) |
| 03/16/2023 | 87 | DECLARATION of Roberta A. Kaplan in Support re: 72 MOTION in Limine .. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit 1 − Trump's Initial Disclosures in Carroll II, # 2 Exhibit 2 − Excerpts of Deposition of E. Jean Carroll in Carroll I, # 3 Exhibit 3 − Excerpts of Deposition of Robert J. Fisher in Carroll II, # 4 Exhibit 4 − Expert Report of Robert J. Fisher, # 5 Exhibit 5 − Excerpts of Deposition of Robert J. Fisher in Carroll I).(Kaplan, Roberta) (Entered: 03/16/2023) |
| 03/16/2023 | 88 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 89 Reply Memorandum)** − REPLY MEMORANDUM OF LAW in Support re: 69 MOTION in Limine . . Document filed by Donald J. Trump. (Habba, Alina) Modified on 3/17/2023 (db). As per ECF−ERROR Email Correspondence Received on 3/17/2023 @ 9:49am. (Entered: 03/16/2023) |
| 03/16/2023 | 89 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION in Limine . . Document filed by Donald J. Trump..(Habba, Alina) (Entered: 03/16/2023) |
| 03/16/2023 | 90 | DECLARATION of Alina Habba in Support re: 69 MOTION in Limine .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A − Joint Proposed Discovery Plan, # 2 Exhibit B − Plaintiff's Initial Disclosures).(Habba, Alina) (Entered: 03/16/2023) |
| 03/20/2023 | 91 | ORDER denying (147 in 20cv7311) Letter Motion to Consolidate Cases. The letter motion to consolidate these cases for trial, filed in the first captioned case as Dkt 14 7, is denied. The parties overestimate both the judicial economy benefits that would be achieved and the risk of inconsistent rulings that would be eliminated by consolidation. Issue preclusion appears to the Court adequate to achieve appropriate conservation of judicial resources and avoidance of inconsistent rulings even if the two cases were tried separately. Moreover, a trial in 20−cv−7311 conceivably could prove unnecessary. In addition, approval of the consolidation proposal would be in tension with the deference to the Second Circuit and the District of Columbia Court of Appeals that this Court believes appropriate in the circumstances. 2.The trial of 20−cv−7311, previously scheduled tentatively to begin on April 10, 2023, is adjourned sine die. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/20/23) (yv) (Entered: 03/20/2023) |

| 03/20/2023 | 92 | MEMORANDUM AND ORDER ON DEFENDANT'S IN LIMINE MOTION denying 69 Motion in Limine. Mr. Trump's in limine motion (Dkt 69) is denied in all respects. This ruling is without prejudice to Mr. Trump renewing his objection to the campaign speech excerpts in the event they are offered at trial. Unless otherwise ordered, those excerpts shall not be mentioned in opening statements. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/20/23) (yv) (Entered: 03/20/2023) |
|---|---|---|
| 03/21/2023 | 93 | LETTER addressed to Judge Lewis A. Kaplan from Matthew A. Leish dated 3/17/23 re: objecting to the potential empaneling of an anonymous jury in this case. (yv) (Entered: 03/21/2023) |
| 03/23/2023 | 94 | MEMORANDUM OPINION RE ANONYMOUS JURY. For the foregoing reasons, (I) the names, addresses, and places of employment of prospective jurors on the voir dire panel, as well as jurors who ultimately are selected for the petit jury, shall not be revealed, (2) petit jurors shall be kept together during recesses and the United States Marshal Service ("USMS") shall take the petit jurors to, or provide them with, lunch as a group throughout the pendency of the trial, and (3) at the beginning and end of each trial day, the petit jurors shall be transported together or in groups from one or more undisclosed location or locations at which the jurors can assemble or from which they may return to their respective residences. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/23/23) (yv) (Entered: 03/23/2023) |
| 03/27/2023 | 95 | MEMORANDUM AND ORDER ON PLAINTIFF'S IN LIMINE MOTION granting in part and denying in part 72 Motion in Limine. The motion is granted in part and denied in part. Ms. Carroll has incorporated in her motion in Carroll II several requests for in limine relief on which the Court has not yet ruled but that Mr. Trump has not opposed. Accordingly, those requests are granted. Plaintiff's motion in limine (Dkt 72) is granted to the extent that: (1) plaintiff's prior consistent statements to Mss. Birnbach and Martin about defendant's alleged sexual assault are admissible; (2) the testimony of Mss. Stoynoff and Leeds regarding their experiences involving the defendant come within Federal Rules of Evidence 413 and 415 and will not be excluded under Rule 403; (3) defendant is precluded from giving or eliciting testimony concerning information allegedly known to persons whom he has not disclosed under Rules 26(a) and (e); (4) both parties are precluded from any testimony, argument, commentary or reference concerning DNA evidence; (5) defendant is precluded from cross−examination or eliciting evidence regarding Stephanie Grisham's prior misdemeanor convictions, her unrelated pending lawsuit, and her use of a prescription medication; (6) defendant is precluded from commenting upon or eliciting any evidence regarding plaintiff's choice of counsel or her counsel's activities outside the litigation between plaintiff and defendant; (7) Mr. Fisher is precluded from testifying at trial as a rebuttal expert witness; and (8) defendant is precluded from calling Ms. Hobday to testify at trial. Plaintiff's motion in limine (Dkt 72) is denied to the extent that defendant is not precluded from calling Mss. Dyssegaard, Abraham, Lazin, and Mr. Haskell at trial. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/27/23) (yv) (Entered: 03/27/2023) |
| 03/28/2023 | 96 | MEMORANDUM OPINION re: 66 MOTION for Partial Summary Judgment . filed by Donald J. Trump. For the foregoing reasons, Mr. Trump's motion for partial sunnnary judgment (Dkt 66) is denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 3/28/23) (yv) (Entered: 03/28/2023) |
| 03/30/2023 | 97 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 03/30/2023) |
| 03/30/2023 | 98 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 03/30/2023) |
| 03/30/2023 | 99 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated March 30, 2023 re: Jury Instructions, Verdict Form, and Voir Dire. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − Plaintiff's Proposed Jury Instructions, # 2 Exhibit B − Plaintiff's Proposed Special Verdict Form, # 3 Exhibit C − Plaintiff's Proposed Voir Dire).(Kaplan, Roberta) (Entered: 03/30/2023) |
| 03/30/2023 | 100 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated March 30, 2023 re: Application for Jury Questionnaire. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − Plaintiff's Proposed Jury Questionnaire).(Kaplan, Roberta) (Entered: 03/30/2023) |

| 03/30/2023 | 101 | PROPOSED ORDER. Document filed by Donald J. Trump. Related Document Number: 97 ..(Habba, Alina) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/30/2023) |
|---|---|---|
| 03/30/2023 | 102 | PROPOSED JURY INSTRUCTIONS. Document filed by Donald J. Trump..(Habba, Alina) (Entered: 03/30/2023) |
| 03/31/2023 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 101 Proposed Order was reviewed and approved as to form. (km)** (Entered: 03/31/2023) |
| 04/07/2023 | 103 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated 4/6/23 re: request that the Court allow each party's legal team−but not the parties themselves−access to the names of the prospective jurors, Document filed by E. Jean Carroll, Donald J. Trump.(yv) (Entered: 04/07/2023) |
| 04/10/2023 | 104 | ORDER REGARDING ATTENDANCE OF PARTIES DURING TRIAL: Each party is requested to inform the Court, in writing, no later than April 20, 2023, of whether that party intends to be present throughout the trial until completion and, if not, the dates on which he or she intends to be absent from the trial proceedings for all or part of the day. This request does not intend, and is not to be construed as suggesting, anything whatsoever with respect to whether either party is legally obliged to be present throughout the trial or, in any case, with respect to any legal consequences that might or might not flow from any decision not to be present throughout. (Signed by Judge Lewis A. Kaplan on 4/10/2023) (rro) (Entered: 04/10/2023) |
| 04/10/2023 | 105 | MEMORANDUM AND ORDER DENYING JOINT REQUEST FOR THE PARTIES' "LEGAL TEAMS" TO HA VE ACCESS TO JUROR NAMES: For the foregoing reasons, the parties' request that each party's "legal team" be granted access to the names of prospective jurors (Dkt 103) is denied. (Signed by Judge Lewis A. Kaplan on 4/10/2023) (rro) (Entered: 04/10/2023) |
| 04/11/2023 | 106 | LETTER MOTION to Continue *Trial for Four−Week Cooling Off Period Regarding Media Attention* addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/11/2023. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A: Transcript).(DeOreo, Matthew) (Entered: 04/11/2023) |
| 04/12/2023 | 107 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 12, 2023 re: 106 LETTER MOTION to Continue *Trial for Four−Week Cooling Off Period Regarding Media Attention* addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/11/2023. . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/12/2023) |
| 04/13/2023 | 108 | LETTER MOTION to Reopen *Discovery* addressed to Judge Lewis A. Kaplan from Alina Habba dated April 13, 2023. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A − Excerpt of E Jean Carroll's Deposition, # 2 Exhibit B − Letter from Roberta Kaplan dated April 10, 2023, # 3 Exhibit C − Letter from Roberta Kaplan dated April 11, 2023, # 4 Exhibit D − Defendant's First Set of Interrogatories, # 5 Exhibit E − Plaintiff's Responses and Objections to Defendant's Interrogatories, # 6 Exhibit F − Excerpt of Donald J. Trump's Deposition).(Habba, Alina) (Entered: 04/13/2023) |
| 04/13/2023 | 109 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 13, 2023 re: 108 LETTER MOTION to Reopen *Discovery* addressed to Judge Lewis A. Kaplan from Alina Habba dated April 13, 2023. . Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − Letter from R. Kaplan to A. Habba dated April 10, 2023, # 2 Exhibit B − Letter from R. Kaplan to C. Seigel dated April 11, 2023, # 3 Exhibit C − Excerpt from the Deposition of E. Jean Carroll, # 4 Exhibit D − Defendant's Request for Production in State Court, # 5 Exhibit E − Plaintiff's Responses and Objections to Defendant's Request for Production in State Court, # 6 Exhibit F − Defendant's Request for Production in Carroll I, # 7 Exhibit G − Defendant's Interrogatories in Carroll I, # 8 Exhibit H − Plaintiff's Responses and Objections to Defendant's Request for Production in Carroll I, # 9 Exhibit I − Plaintiff's Responses and Objections to Defendant's Interrogatories in Carroll I, # 10 Exhibit J − Plaintiff's Responses and Objections to Defendant's Request for Production in Carroll II, # 11 Exhibit K − Excerpts from the Deposition of Dr. Edgar Nace).(Kaplan, Roberta) (Entered: 04/13/2023) |

| 04/13/2023 | 110 | ORDER granting in part and denying in part 108 Letter Motion to Reopen re: 108 LETTER MOTION to Reopen *Discovery* addressed to Judge Lewis A. Kaplan from Alina Habba dated April 13, 2023. On April 10, 2023, plaintiffs counsel disclosed to the defendant that plaintiff−− who had testified at her deposition on October 14, 2022 that (a) no one else was paying her legal fees as "[t]his is a contingency fee case," and that (b) she was "not sure about expenses" (Dkt 108−1, Dep. Tr., at 209: 11−21) −− "now [i.e., Apr. 10, 2023] recall[ed] that at some point her counsel secured additional funding from a nonprofit organization to offset certain expenses and legal fees." Dkt 108−2 at 1. Plaintiffs counsel now advises that this assistance was secured in September 2020, well after the commencement of the first to the two closely related actions of which this is the later. In subsequent discussions between the parties' respective counsel, plaintiff disclosed the identity of the financial backer, said to be a prominent funder of Democratic causes, and of the not−for profit entity through which he apparently provided such funding. Plaintiffs counsel further represented that plaintiff "has never met and has never been party to any communications (written or oral) with anyone associated with the nonprofit." Dkt 108−3 at 1. On this basis, defendant moves for "(i) a limited re−opening of the discovery period restricted to investigation into the narrow source of funding issue, and (ii) a one−month continuance of the trial date... ; or (iii) in the alternative, that the Court permit an adverse inference instruction against Plaintiff with respect to her willful defiance of her discovery obligations." Dkt 108 at 4. SO ORDERED The question whether and when plaintiff or her counsel have obtained financial supportin this action has nothing directly to do with the ultimate merits of the case. See, e.g., Benitez v. Lopez,No. 7−CV−3827−SJ−SJB, 2019 WL 1578167, at *1−*2 (E.D.N.Y. Mar. 14, 2019). Although I do not nowdecide the question, it perhaps might prove relevant to the question of plaintiffs credibility, in view ofthe deposition testimony referred to above. Accordingly, I will permit a brief and carefullycircumscribed examination of that narrow question without prejudging the question of whether and towhat extent examination on this matter may be permitted at trial. Accordingly, defendant's applicationis granted, but only to the extent that (I) plaintiff shall furnish the defendant, no later than April 16, 2023,with documents sufficient to establish that the inception of the financing assistance for the Carrolllitigation in fact occurred in or after mid−2020, (b) any documents concerning the state of plaintiffsknowledge, if any, of the financing assistance as of the date of her deposition and as of the present, and(2) defendant may conduct an additional deposition of Ms. Carroll not to exceed 60 minutes in duration,unless otherwise ordered by the Court, which shall be (1) limited to the subject of Ms. Carroll'sknowledge of the financing assistance as of the date of her deposition and as of the present, and (2)completed no later than April 19, 2023. The motion is denied in all other respects save that the Courtreserves for determination at trial the matter of any requested adverse inference instruction. Trial shallbegin as scheduled on April 25, 2023 unless otherwise ordered. SO ORDERED.. (Signed by Judge Lewis A. Kaplan on 4/13/2023) (ks) (Entered: 04/13/2023) |
| 04/14/2023 | 111 | LETTER REPLY to Response to Motion addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/14/2023 re: 106 LETTER MOTION to Continue *Trial for Four−Week Cooling Off Period Regarding Media Attention* addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/11/2023. . Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 04/14/2023) |
| 04/14/2023 | 112 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/14/2023 re: Jury Selection. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A: Proposed Jury Questionnaire).(Tacopina, Joseph) (Entered: 04/14/2023) |
| 04/14/2023 | 113 | MEMO ENDORSEMENT on re: 112 Letter filed by Donald J. Trump ENDORSEMENT: Mr. Trump's motion to employ a written juror questionnaire in selecting the jury in this case is denied. The Court makes only these points as matters of emphasis: 1. This motion has been made without regard to the fact that the Court on April 10, 2023 stated that it would not use a jury questionnaire in this case. Dkt 105, at 5 n.8. 2. As the Court made clear in the April 10, 2023 decision, the law in this circuit is abundantly clear that the use of written jury questionnaires is entirely optional with the trial judge. What is required is that an appropriate voir dire by whatever means be used. That will be done. 3. This motion proposes the use of a juror questionnaire that− notwithstanding the Court's ruling that an anonymous jury will be employed− seeks to require prospective jurors to give their names, their employment, and the employment of all of their immediate family members. The Court denied the parties' request for |

| | | |
|---|---|---|
| | | their legal teams to access the jurors' names in its April 10, 2023 decision. Nothing between then and now has occurred to warrant revisiting that ruling. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/14/2023) (ks) (Entered: 04/14/2023) |
| 04/17/2023 | 114 | MEMORANDUM AND ORDER DENYING DEFENDANTS REQUEST TO ADJOURN TRIAL denying 106 Letter Motion to Continue. For the foregoing reasons, Mr. Trump's request to adjourn the trial (Dkt 106) is denied. The trial will commence on April 25, 2023. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/17/23) (yv) (Entered: 04/17/2023) |
| 04/17/2023 | 115 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/17/2023 re: Requesting Clarification of Jury Selection Process. Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 04/17/2023) |
| 04/18/2023 | 116 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 18, 2023 re: Plaintiff's attendance at trial (pursuant to the Court's April 10, 2023 Order). Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/18/2023) |
| 04/18/2023 | 117 | MEMO ENDORSEMENT on re: 115 Letter Requesting Clarification of Jury Selection Process filed by Donald J. Trump. ENDORSEMENT: I take what I understand to be material inaccuracies in Mr. Tacopina's letter to be misunderstandings attributable to the fact that Mr. Tacopina was not present at the meeting attended by the Deputy Clerk, Mr. Mohan, and other counsel. The Court nevertheless provides the following information concerning the proceedings on Tuesday. 1. The entire jury selection process will take place in the Courtroom scheduled for trial in the presence of counsel for both sides. As it would be inconvenient to accommodate the entire panel in that room at one time, part of the panel will be held in a reserve room under appropriate court supervision and will see and hear all jury−related proceedings (save any sidebars) that occur in the Courtroom over closed circuit video. From time to time, it may be appropriate to bring prospective jurors from the reserve room to replace other prospective jurors who have been excused during proceedings in the Courtroom. The replacement prospective jurors will be voir dired appropriately in the presence of all counsel once they are brought to the Courtroom and seated. This is identical in substance to the manner in which juries were selected in this Court during the COVID pandemic. 2. Counsel for both sides have been requested to submit proposed voir dire questions, and both have done so. The Court naturally is taking those requests into account in formulating its examination of prospective jurors. Moreover, at the completion of the examinations of the panel in general and of specific individual jurors, counsel will have a further opportunity to suggest questions. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/18/23) (yv) (Entered: 04/18/2023) |
| 04/19/2023 | 118 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/19/2023 re: Request for preliminary jury charge. Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 04/19/2023) |
| 04/19/2023 | 119 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 19, 2023 re: response to Defendant's request for preliminary jury charge. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/19/2023) |
| 04/19/2023 | 120 | LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 19, 2023. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/19/2023) |
| 04/19/2023 | 121 | ***SELECTED PARTIES*** MOTION in Limine . Document filed by E. Jean Carroll, Donald J. Trump.Motion or Order to File Under Seal: 120 .(Kaplan, Roberta) (Entered: 04/19/2023) |
| 04/19/2023 | 122 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 121 MOTION in Limine . . Document filed by E. Jean Carroll, Donald J. Trump. Motion or Order to File Under Seal: 120 .(Kaplan, Roberta) (Entered: 04/19/2023) |
| 04/19/2023 | 123 | ***SELECTED PARTIES***DECLARATION of Roberta A. Kaplan in Support re: 121 MOTION in Limine .. Document filed by E. Jean Carroll, Donald J. Trump. (Attachments: # 1 Exhibit 1 − Excerpts of 10/14/22 Carroll deposition transcript)Motion or Order to File Under Seal: 120 .(Kaplan, Roberta) (Entered: 04/19/2023) |

| 04/19/2023 | 124 | ORDER granting 120 Letter Motion to Seal. Granted. So Ordered. (Signed by Judge Lewis A. Kaplan on 4/19/23) (yv) (Entered: 04/20/2023) |
|---|---|---|
| 04/20/2023 | 125 | MEMO ENDORSEMENT on re: 118 Letter Request for preliminary jury charge filed by Donald J. Trump. ENDORSEMENT : Mr. Trump's lead counsel expresses Mr. Trump's alleged desire to testify at trial but seeks an order from the Court excusing his presence unless either party calls him as a witness and, in the event he does not testify, instructing the jury that his "absence.,. by design, avoids the logistical burdens that his presence, as the former president, would cause the courthouse and New York City." Dkt 118. First, the Court neither excuses nor declines to excuse Mr. Trump from attending the trial or from testifying in this case. As far as the Court is aware, Mr. Trump is under no legal obligation to be present or to testify. The plaintiff has made clear that she does not intend to call him as a witness. The decision whether to attend or to testify is his alone to make. There is nothing for the Court to excuse. Second, the Court notes but does not accept Mr. Trump's counsel's claims concerning alleged burdens on the courthouse or the City were Mr. Trump to attend or testify. Mr. Trump is entitled by law to the protection of the United States Secret Service, which he now has enjoyed as a former president for more than two years. He has a right to testify in this case. As it would do for any person with business before the Court, the Court will do everything within its power to enable Mr. Trump to exercise that right. Moreover, it is entirely confident that the United States Marshals Service and the City of New York will do their parts in securing that right to Mr. Trump, just as they repeatedly have done in other cases involving security concerns. Moreover, the Court notes from Mr. Trump's campaign web site and media reports that he announced earlier this week that he will speak at a campaign event in New Hampshire on April 27, 2023, the third day of the scheduled trial in this case. If the Secret Service can protect him at that event, certainly the Secret Service, the Marshals Service, and the City of New York can see to his security in this very secure federal courthouse. Finally, Mr. Trump has been on notice of the April 25 trial date in this case since on or about February 7, 2023. Dkt 49, &#182 l(c). There has been quite ample time within which to make whatever logistical arrangements should be made for his attendance, and certainly quite a bit more time than the five or six days between his recent indictment on state criminal charges and his arraignment on that indictment approximately one block from the location of the trial of this case. The question of the requested jury instruction is premature. Mr. Trump is free to attend, to testify, or both. He is free also to do none of those things. Should he elect not to appear or testify, his counsel may renew the request. In the meantime, there shall be no reference by counsel for Mr. Trump in the presence of the jury panel or the trial jury to Mr. Trump's alleged desire to testify or to the burdens that any absence on his part allegedly might spare, or might have spared, the Court or the City of New York. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/20/23) (yv) (Entered: 04/20/2023) |
| 04/20/2023 | 126 | ORDER RE TRIAL CONDUCT. In order to facilitate the efficient presentation of the trial, it is hereby ORDERED, as follows: 1. Prior to any reference to a deposition or deposition transcript in the presence of the jury with a witness on the stand, the Court shall be furnished with a complete copy of the transcript of the deposition. 2. If counsel for either side wishes to offer in evidence or use for impeachment or otherwise any portion of a deposition, that counsel shall identify the deposition by name of witness and date, state on the record the page( s) and lines( s) of the transcript ( or corresponding video) to be used, and afford the adverse party sufficient time to find the reference and to make any objection before reading from or playing the portion of the transcript or video to which reference has been made. 3. In using depositions to interrogate a witness, examining counsel shall refrain from asking such superfluous questions as "Was your deposition taken in this case?," "Do you remember testifying that... ", and so on. Examining counsel instead shall indicate the page( s) and line(s) to which counsel wishes to refer, pause as indicated in paragraph 2 to permit any objection to be made and resolved, and−assuming that no objection is made or that any objection is overruled −read or play the testimony referred to following which counsel may put an appropriate question about the testimony− such as "Was that testimony true?" − to the witness.4.Counsel shall cooperate with each other in advising their opposite numbers as to the order of their witnesses and the expected duration of direct examinations or deposition read backs. 5. Each party shall have one or more witnesses in the courthouse ready to testify immediately after the conclusion of the testimony of the preceding witness. The failure to have a witness on hand to take the stand may result in an order that an offending party has rested his or her case. 6. There shall be no |

| | | |
|---|---|---|
| | | reference before the jury or the jury panel to any matters as to which admissible evidence has not previously been received or, in the case of opening statements, as to which the attorney lacks a good faith belief that admissible evidence will be received. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/20/23) (yv) (Entered: 04/20/2023) |
| 04/20/2023 | 127 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/20/2022 re: in response to the Court's request of April 10, 2023. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 04/20/2023) |
| 04/20/2023 | 128 | MOTION for W. Perry Brandt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27634526. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Donald J. Trump. (Attachments: # 1 Affidavit Declaration of Matthew G. DeOreo, # 2 Affidavit Affidavit of W. Perry Brandt, # 3 Appendix Certificate of Good Standing, # 4 Text of Proposed Order For Pro Hac Vice Admission of W. Perry Brandt).(DeOreo, Matthew) (Entered: 04/20/2023) |
| 04/20/2023 | 129 | Exhibit List − *Deposition Designations and Objections for Trial*. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/20/2023) |
| 04/20/2023 | 130 | PROPOSED PRE−TRIAL ORDER. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/20/2023) |
| 04/20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 128 MOTION for W. Perry Brandt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27634526. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 04/20/2023) |
| 04/20/2023 | 131 | LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan, dated April 20, 2023. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/20/2023) |
| 04/20/2023 | 132 | ***SELECTED PARTIES*** MOTION in Limine . Document filed by E. Jean Carroll, Donald J. Trump.Motion or Order to File Under Seal: 131 .(Kaplan, Roberta) (Entered: 04/20/2023) |
| 04/20/2023 | 133 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 132 MOTION in Limine . . Document filed by E. Jean Carroll, Donald J. Trump. Motion or Order to File Under Seal: 131 .(Kaplan, Roberta) (Entered: 04/20/2023) |
| 04/20/2023 | 134 | ***SELECTED PARTIES***DECLARATION of Roberta A. Kaplan in Support re: 132 MOTION in Limine .. Document filed by E. Jean Carroll, Donald J. Trump. (Attachments: # 1 Exhibit 1 − April 19, 2023 Deposition of E. Jean Carroll, # 2 Exhibit 2 − Document #1 dated September 3, 2020, # 3 Exhibit 3 − Document #2 dated September 22, 2020, # 4 Exhibit 4 − Document #3 dated September 22, 2020, # 5 Exhibit 5 − Document #4 dated September 23, 2020, # 6 Exhibit 6 − Document #5 dated September 23, 2020, # 7 Exhibit 7 − Document #6 dated April 17, 2023, # 8 Exhibit 8 − Excerpts from October 14, 2022 Deposition of E. Jean Carroll, # 9 Exhibit 9 − Document #7 dated April 18, 2023)Motion or Order to File Under Seal: 131 .(Kaplan, Roberta) (Entered: 04/20/2023) |
| 04/21/2023 | 135 | ORDER granting 128 Motion for W Perry Grant to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 04/21/2023) |
| 04/21/2023 | 136 | ORDER granting 131 Letter Motion to Seal (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 04/21/2023) |
| 04/21/2023 | 137 | MEMO ENDORSEMENT on re: 131 LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan, dated April 20, 2023. filed by E. Jean Carroll. ENDORSEMENT: Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/21/23) (yv) (Entered: 04/21/2023) |
| 04/21/2023 | 138 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/21/2023 re: Objections to the Parties Deposition Designations as to Defendant's Deposition. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A: Deposition Designations).(DeOreo, Matthew) (Entered: 04/21/2023) |

| | | |
|---|---|---|
| 04/21/2023 | 139 | MOTION, Re: for Leave to File a Motion to Intervene as an interested party. Document filed by Towaki Komatsu, proposed intervenor. (sc) Modified on 4/21/2023 (sc). (Entered: 04/21/2023) |
| 04/21/2023 | 140 | NOTICE OF APPEARANCE by W. Perry Brandt on behalf of Donald J. Trump..(Brandt, W.) (Entered: 04/21/2023) |
| 04/21/2023 | 141 | ORDER denying 139 Letter Motion for Leave to File Document (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 04/21/2023) |
| 04/22/2023 | 142 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/22/2023 re: Requesting limited voir dire of Natasha Stoynoff. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A: Plaintiff interview of Natasha Stoynoff).(DeOreo, Matthew) (Entered: 04/22/2023) |
| 04/23/2023 | 143 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan, dated April 23, 2023 re: opposition to defendants letter motion.. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/23/2023) |
| 04/24/2023 | 144 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 24, 2023 re: joint request for jury instruction re: Carroll I. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/24/2023) |
| 04/24/2023 | 145 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/24/2023 re: to withdraw Defendants objections to the admission of Plaintiffs trial exhibit PX−5. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 04/24/2023) |
| 04/24/2023 | 146 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 121 MOTION in Limine . . Document filed by Donald J. Trump. Motion or Order to File Under Seal: 124 .(Habba, Alina) Modified on 4/25/2023 (kj). **As Per Email Dated 4/24/2023 11:05 AM −** (Entered: 04/24/2023) |
| 04/24/2023 | 147 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** ***SELECTED PARTIES***DECLARATION of Alina Habba in Opposition re: 121 MOTION in Limine .. Document filed by All Defendants. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Carroll I Transcript, # 3 Exhibit Carroll II Transcript, # 4 Exhibit Expert Report of Lebowitz, # 5 Exhibit Lebowitz Transcript, # 6 Exhibit Book Excerpts, # 7 Exhibit Rapp v. Fowler Unreported Decision)Motion or Order to File Under Seal: 124 .(Habba, Alina) Modified on 4/25/2023 (kj). **As Per Email Dated 4/24/2023 11:05 AM −** (Entered: 04/24/2023) |
| 04/24/2023 | 148 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 121 MOTION in Limine . . Document filed by Donald J. Trump, E. Jean Carroll. Motion or Order to File Under Seal: 124 .(Habba, Alina) (Entered: 04/24/2023) |
| 04/24/2023 | 149 | ***SELECTED PARTIES***DECLARATION of Alina Habba in Opposition re: 121 MOTION in Limine .. Document filed by Donald J. Trump, E. Jean Carroll. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Carroll I Transcript, # 3 Exhibit Carroll II Transcript, # 4 Exhibit Expert Report of Lebowitz, # 5 Exhibit Lebowitz Transcript, # 6 Exhibit Book Excerpts, # 7 Exhibit Rapp v. Fowler Unreported Decision)Motion or Order to File Under Seal: 124 .(Habba, Alina) (Entered: 04/24/2023) |
| 04/24/2023 | 150 | ***SELECTED PARTIES***DECLARATION in Opposition re: 132 MOTION in Limine .. Document filed by Donald J. Trump, E. Jean Carroll. (Attachments: # 1 Exhibit A: 4/10/23 Letter, # 2 Exhibit B: Vox Article, # 3 Exhibit C: Plaintiff's website, # 4 Exhibit D: Plaintiff's tweets, # 5 Exhibit E: Order, # 6 Exhibit F: Emails, # 7 Exhibit G: 4/15/23 Letter)Motion or Order to File Under Seal: 137 .(DeOreo, Matthew) (Entered: 04/24/2023) |
| 04/24/2023 | 151 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 132 MOTION in Limine . . Document filed by Donald J. Trump, E. Jean Carroll. Motion or Order to File Under Seal: 137 .(DeOreo, Matthew) (Entered: 04/24/2023) |

| 04/24/2023 | 152 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 24, 2023 re: opposition to Defendant's 4/21/23 letter regarding counter−designations (ECF No. 138). Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/24/2023) |
|---|---|---|
| 04/24/2023 | 153 | MEMO ENDORSEMENT on re: 142 Letter Requesting limited voir dire of Natasha Stoynoff, filed by Donald J. Trump. ENDORSEMENT: Although defendant characterizes his application as one for clarification, the characterization is mistaken. The application in fact is a request that the Court reconsider a previous ruling and, on reconsideration, to reach the opposition result. The application is untimely because any motion for reconsideration should have been filed well before this request. Even if the application were timely, the defendant has failed to show, as would be necessary to warrant reconsideration, that the Court's original decision overlooked matters or controlling decisions. And even if the defendant had made such a showing, nothing he has put forward warrants any relief from the prior decision or any voir dire examination. The application is denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/24/23) (yv) (Entered: 04/24/2023) |
| 04/24/2023 | 154 | ***SELECTED PARTIES*** LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 24, 2023 re: response to Defendant's opposition to Plaintiff's motion in limine (ECF No. 151). Document filed by E. Jean Carroll, Donald J. Trump.Motion or Order to File Under Seal: 137 .(Kaplan, Roberta) (Entered: 04/24/2023) |
| 04/24/2023 | 155 | ORDER, Plaintiff's reply, if any, shall be filed no later than April 26, 2023. Neither party shall make any reference to litigation funding in the presence of prospective jurors or the petit jury pending decision on the plaintiff's motion. SO ORDERED. ( Replies due by 4/26/2023.) (Signed by Judge Lewis A. Kaplan on 4/24/23) (yv) (Entered: 04/24/2023) |
| 04/24/2023 | 156 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 04/24/2023 re: request for use of (a) 1 soundboard; (b) 7 headphones; and (c) Accompanying cables. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 04/24/2023) |
| 04/24/2023 | 157 | ORDER terminating 121 Motion in Limine. In these circumstances, the motion to preclude defendant from offering evidence or making arguments prohibited by Fed. R. Evid. 412 (Dkt 121) is granted for the obvious reason that defendant should not be permitted to violate the rule. Given the manner in which this motion has been briefed, however, determination of what evidence and argument is precluded by Rule 412 will have to be determined at trial. Both sides might be well advised to exercise judgment about the content of their opening statements to avoid objections from opposing counsel.. (Signed by Judge Lewis A. Kaplan on 4/24/2023) (Mohan, Andrew) (Entered: 04/24/2023) |
| 04/25/2023 | 158 | ORDER. With respect to Ms. Carroll's objections to Mr. Trump's counter−designations, the Court has sustained those objections it has determined are inadmissible under Federal Rule of Civil Procedure 32. Rule 32(a)(6) provides that "[i]f a party offers in evidence only party of a deposition, an adverse party may require the offeror to introduce other parts that in fairness should be considered with the part introduced, and any party may itself introduce any other parts." "This rule represents an attempt to preclude the selective use of deposition testimony that might convey a misleading impression," and permits an adverse party to "supplement [portions of a deposition designated by the offering party] in the interest of completeness.'" Mr. Trump's argument that Rule 32(a)(6) authorizes a party to use "any other parts" of a deposition of which parts are offered by its adversary is unsupported by the great weight of authority. Such an interpretation of the rule also would render its first part, which reflects the purported policy objective of the rule, superfluous. With respect to those objections noted by Ms. Carroll which the Court has overruled, the Court has determined that those counter−designations serve the interest of completeness and therefore are permitted pursuant to Rule 32(a)(6). As to the other grounds on which Ms. Carroll has objected to the counter−designations that the Court has marked "overruled" in the attached ruling, the basis for objecting on those other grounds is not now clear based on the parties' submissions. Any such objections therefore are overruled subject to renewal at trial only on any non−Rule 32(a)(6) grounds noted in Dkt 129. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/25/23) (yv) (Entered: 04/25/2023) |

| | | |
|---|---|---|
| 04/25/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial begun on 4/25/2023. Jury of 9 selected and sworn. Opening arguments heard. (Court Reporter Steven Greenblum and Kristen Caranannte) (Mohan, Andrew) (Entered: 04/26/2023) |
| 04/26/2023 | 159 | ORDER. Due to the circumstances of the case, the Clerk of the Court shall provide lunches to the prospective jurors summoned to appear for jury selection on April 25, 2023, and thereafter provide lunches and light refreshments for the petite jury until the conclusion of the trial. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 4/26/23) (yv) (Entered: 04/26/2023) |
| 04/26/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 4/26/2023. (Court Reporter Steven Greenblum and Kristen Caranannte) (Mohan, Andrew) (Entered: 04/26/2023) |
| 04/27/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 4/27/2023. Trial continued to Monday, 5/1/2023 at 10:00 AM. (Court Reporters Kristen Carannante and Steven Greenblum) (Mohan, Andrew) (Entered: 04/28/2023) |
| 04/30/2023 | 160 | LETTER MOTION to Seal addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated April 30, 2023. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 04/30/2023) |
| 04/30/2023 | 161 | ***SELECTED PARTIES*** MOTION re: April 27 conference . Document filed by E. Jean Carroll, Donald J. Trump.Motion or Order to File Under Seal: 160 .(Kaplan, Roberta) (Entered: 04/30/2023) |
| 04/30/2023 | 162 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 161 MOTION re: April 27 conference . . Document filed by E. Jean Carroll, Donald J. Trump. Motion or Order to File Under Seal: 160 .(Kaplan, Roberta) (Entered: 04/30/2023) |
| 04/30/2023 | 163 | ***SELECTED PARTIES***DECLARATION of Roberta A. Kaplan in Support re: 161 MOTION re: April 27 conference .. Document filed by E. Jean Carroll, Donald J. Trump. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 160 .(Kaplan, Roberta) (Entered: 04/30/2023) |
| 05/01/2023 | 164 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 05/01/2023 re: Request for Mistrial. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A: Portions of Trial Transcript, # 2 Exhibit B: LinkedIn Post, # 3 Exhibit C: Vox Article).(DeOreo, Matthew) (Entered: 05/01/2023) |
| 05/01/2023 | 165 | ORDER granting 160 Letter Motion to Seal. Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 5/1/23) (yv) (Entered: 05/01/2023) |
| 05/01/2023 | 166 | ORDER that the Clerk of Court for the Southern District of New York furnish the jurors, empanelled and sworn in the above entitled case, with the necessary transportation to and from the U.S. Courthouse unless otherwise directed by the Court, for the dates of 4−25−2023 through the end of trial, and shall pay all invoices. (Signed by Judge Lewis A. Kaplan on 5/2/2023) (Mohan, Andrew) (Entered: 05/01/2023) |
| 05/01/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 5/1/2023. DI 164, a letter requesting a mistrial, filed by Matthew DeOreo on behalf of Donald J. Trump, was denied by the Court.(Court Reporter Pam Utter & Kristen Carannante)(Mohan, Andrew) (Entered: 05/04/2023) |
| 05/02/2023 | 167 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 161 MOTION re: April 27 conference . . Document filed by Donald J. Trump, E. Jean Carroll. Motion or Order to File Under Seal: 165 .(DeOreo, Matthew) (Entered: 05/02/2023) |
| 05/02/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 5/2/2023. (Court Reporter Pam Utter & Kristen Carannante) (Mohan, Andrew) (Entered: 05/04/2023) |
| 05/03/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 5/3/2023. (Court Reporter Pam Utter & Kristen Carannante) (Mohan, Andrew) (Entered: 05/04/2023) |

| | | |
|---|---|---|
| 05/04/2023 | 168 | LETTER addressed to Judge Lewis A. Kaplan from Victoria Bekiempis, NYC Courts Media LLC, dated 5/4/2023 re: I am writing today to request that both plaintiff and defense exhibits in Carroll v. Trump, 1:22−cv−10016−LAK, be provided to media organizations once they are entered into evidence, including the video deposition of Donald Trump.(Mohan, Andrew) (Entered: 05/04/2023) |
| 05/04/2023 | 169 | LETTER addressed to Judge Lewis A. Kaplan from Matthew Russell Lee, Inner City Press dated 5/4/2023 re: Press Application to for access to exhibits in Carroll v. Trump, 22−cv−10016 (LAK) and/or to intervene, if deemed necessary. (Mohan, Andrew) (Entered: 05/04/2023) |
| 05/04/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 5/4/2023. Concerning the making trial exhibits available to the Press, trial counsel shall file any responses to Docket Items 168 and 169 by 12:00 PM on 5/6/2023. Members of the Press should submit replies to any filings by counsel by 5:00 PM on 5/7/2023. Plaintiff rested. Defendant moved under Rule 50 for judgment as a matter of law, which was DENIED by the Court. Defendant rested. The Court is granting defendant Trump until 5:00 PM on 5/7/2023 to file a motion to re−open his case for the sole purpose of testifying as a witness in this case. Trial continued until Monday, 5/8/2023. Unless otherwise directed by the Court, counsel shall report for the charging conference at 9:00 AM and closings will begin at 10:00 AM. (Court Reporter Pam Utter & Kristen Carannante) (Mohan, Andrew) (Entered: 05/04/2023) |
| 05/05/2023 | 170 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated May 5, 2023 re: request for jury instruction. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 05/05/2023) |
| 05/06/2023 | 171 | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 05/06/2023 re: response to Plaintiff's letter motion (ECF No. 170). Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 05/06/2023) |
| 05/07/2023 | 172 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated May 7, 2023 re: Truth Social posts. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − Post One, # 2 Exhibit B − Post Two).(Kaplan, Roberta) (Entered: 05/07/2023) |
| 05/07/2023 | 173 | LETTER addressed to Judge Lewis A. Kaplan from Matthew Russell Lee dated May 7, 2023 re: Press filing pursuant to Court's Minute Order of May 4, 2023. Document filed by Matthew Russell Lee..(Lee, Matthew) (Entered: 05/07/2023) |
| 05/08/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 5/8/2023. Charge conference held. Closing arguments heard. Jury to be charged at 10:00 AM on 5/9/2023. (Court Reporter Pam Utter & Kristen Carannante) (Mohan, Andrew) (Entered: 05/08/2023) |
| 05/09/2023 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan: Jury Trial held on 5/9/2023. Jury charged. Deliberations begun and concluded. Special verdict returned. (Court Reporter Kristen Carannante) (Mohan, Andrew) (Entered: 05/09/2023) |
| 05/09/2023 | 174 | Verdict.(Mohan, Andrew) (Entered: 05/09/2023) |
| 05/10/2023 | 175 | ORDER UNSEALING CERTAIN MATTERS: Docket items 161 through 163 and 167, and all sealed portions of the trial transcript, are unsealed. The Clerk shall unrestrict remote public access to docket items 161 through 163 and 167. The formerly sealed portions of the trial transcript shall be publicly available under the usual rules and procedures applicable to trial transcripts. (Signed by Judge Lewis A. Kaplan on 5/10/2023) (Mohan, Andrew) (Entered: 05/10/2023) |
| 05/11/2023 | 176 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated 4/27/23 re: potential issue with Juror No. 77. Document filed by E. Jean Carroll.(yv) (Entered: 05/11/2023) |
| 05/11/2023 | 177 | LETTER addressed to Judge Lewis A. Kaplan from Susan S. Harmon, Esq. dated 5/1/2023 re: Alleged 1996 Rape at Bergdorf Goodman. I have some exculpatory evidence and material to offer in this case in favor of defendant.(Mohan, Andrew) (Entered: 05/11/2023) |

| 05/11/2023 | 178 | JUDGMENT. It is hereby ORDERED, ADJUDGED AND DECREED: That after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, Plaintiff E. Jean Carroll has judgment against the defendant Donald J. Trump in the sum of $2,000,000.00 for injuries; $20,000.00 in punitive damages; $1,000,000.00 for damages other than the reputation repair program; $1,700,000.00 for damages for the reputation repair program; and $280,000.00 in punitive damages; accordingly, the case is closed. So Ordered. (Signed by Judge Lewis A. Kaplan on 5/11/23) (yv) (Entered: 05/11/2023) |
|---|---|---|
| 05/11/2023 | 179 | NOTICE OF APPEAL from 178 Judgment,,. Document filed by Donald J. Trump. Filing fee $ 505.00, receipt number ANYSDC−27729258. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(DeOreo, Matthew) (Entered: 05/11/2023) |
| 05/11/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 179 Notice of Appeal. (tp) (Entered: 05/11/2023) |
| 05/11/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 179 Notice of Appeal filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/11/2023) |
| 05/11/2023 | 180 | MOTION to Intervene. Document filed by Reuben Larson (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Certificate of Service.(vba) (Entered: 05/12/2023) |
| 05/12/2023 | | USCA Case Number 23−0793 from the U.S. Court of Appeals, 2nd Circ. assigned to 179 Notice of Appeal filed by Donald J. Trump..(nd) (Entered: 05/12/2023) |
| 05/15/2023 | 181 | ORDER. Reuben Larson, appearing prose, has petitioned to "address" and "remonstrance" this Court in relation to the above−captioned matter. Applying a liberal interpretation of his pro se filing, the Court construes his petition as a motion to intervene. That motion is denied both as a matter of law and in the Court's discretion. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 5/11/23) (yv) (Entered: 05/15/2023) |
| 05/17/2023 | 182 | LETTER addressed to Judge Lewis A. Kaplan from Margaret Interlandi dated 5/9/2023 re: I am writing this to you as I was once in the 90s an avid shopper in Bergdorf Goodmans, Bloomingdales, Lord and Taylor and other high−end stores. At that time if you went into any fitting room in any one of those stores there was always a salesperson right outside the door. inquiring about the fit, etc. and if you needed further help. I believe salespeople were working on commissions and they tried very hard to provide as much service as possible to get their commissions. If anyone was doing anything like E. Jean Carroll stated, that is a frivolous lie. There was also much more security in these stores at that time. For the record, I am not a Trump advocate, but I am an 87−year−old woman, and these types of accusations are without a doubt, lies and dishonest. I personally wrote this for your information so when you listen to the fabrications from the plaintiff you can have a better idea of what could and did occur in the fitting rooms of the 90s. (tg) (Entered: 05/17/2023) |
| 06/08/2023 | 183 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for New Trial . Document filed by Donald J. Trump. (Attachments: # 1 Affidavit Declaration of Matthew G. DeOreo, # 2 Exhibit A. Carroll II Complaint, # 3 Exhibit B. Trial Transcript Pages, # 4 Exhibit C. Carroll I Complaint, # 5 Exhibit D. Jury Verdict Form).(DeOreo, Matthew) Modified on 6/21/2023 (db). (Entered: 06/08/2023) |
| 06/08/2023 | 184 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MEMORANDUM OF LAW in Support re: 183 MOTION for New Trial . . Document filed by Donald J. Trump..(DeOreo, Matthew) Modified on 6/21/2023 (db). (Entered: 06/08/2023) |
| 06/15/2023 | 185 | TRANSCRIPT of Proceedings re: TRIAL held on 4/25/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |

| 06/15/2023 | 186 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/25/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
|---|---|---|
| 06/15/2023 | 187 | TRANSCRIPT of Proceedings re: TRIAL held on 4/26/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/26/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 189 | TRANSCRIPT of Proceedings re: TRIAL held on 4/27/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/28/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 191 | TRANSCRIPT of Proceedings re: TRIAL held on 5/1/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 192 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/1/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 193 | TRANSCRIPT of Proceedings re: TRIAL held on 5/2/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 194 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/2/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar |

| | | |
|---|---|---|
| | | days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 195 | TRANSCRIPT of Proceedings re: TRIAL held on 5/3/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 196 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/3/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 197 | TRANSCRIPT of Proceedings re: TRIAL held on 5/4/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 198 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/4/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 199 | TRANSCRIPT of Proceedings re: TRIAL held on 5/8/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 200 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/8/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 201 | TRANSCRIPT of Proceedings re: TRIAL held on 5/9/2023 before Judge Lewis A. Kaplan. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/6/2023. Redacted Transcript Deadline set for 7/17/2023. Release of Transcript Restriction set for 9/13/2023..(McGuirk, Kelly) (Entered: 06/15/2023) |
| 06/15/2023 | 202 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 5/9/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: |

| | | | 06/15/2023) |
|---|---|---|---|
| 06/16/2023 | 203 | | INITIAL NOTICE OF STAY OF APPEAL re: 179 Notice of Appeal. A notice of appeal was filed in this case on 5/11/2023. Since at least one motion cited in F.R.A.P. 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s). USCA Case No. 23−0793−cv..(nd) (Entered: 06/16/2023) |
| 06/21/2023 | | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Matthew G. DeOreo to RE−FILE Document 183 MOTION for New Trial . ERROR(S): Supporting documents are filed separately, each receiving their own document #. (db) (Entered: 06/21/2023) |
| 06/21/2023 | | | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Matthew G. DeOreo to RE−FILE Document 184 Memorandum of Law in Support of Motion. ERROR(S): Document linked to filing error. (db) (Entered: 06/21/2023) |
| 06/21/2023 | 204 | | MOTION for New Trial . Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 06/21/2023) |
| 06/21/2023 | 205 | | MEMORANDUM OF LAW in Support re: 204 MOTION for New Trial . . Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 06/21/2023) |
| 06/21/2023 | 206 | | DECLARATION of Matthew G. DeOreo in Support re: 204 MOTION for New Trial .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A − Carroll II Complaint, # 2 Exhibit B − Trial Transcript Pages, # 3 Exhibit C − Carroll I Complaint, # 4 Exhibit D − Jury Verdict Form).(DeOreo, Matthew) (Entered: 06/21/2023) |
| 06/22/2023 | 207 | | MEMORANDUM OF LAW in Opposition re: 204 MOTION for New Trial . . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 06/22/2023) |
| 06/22/2023 | 208 | | DECLARATION of Roberta A. Kaplan in Opposition re: 204 MOTION for New Trial .. Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit 1 − Excerpts of Trial Transcript, # 2 Exhibit 2 − Trial Exhibit PX−1, # 3 Exhibit 3 − Trial Exhibit PX−2, # 4 Exhibit 4 − Trial Exhibit PX−3, # 5 Exhibit 5 − Trial Exhibit PX−4, # 6 Exhibit 6 − Excerpt of the Defendant's Deposition Designations, # 7 Exhibit 7 − Excerpts of Breest v. Haggis Trial Transcript, # 8 Exhibit 8 − Trial Exhibits PX−45, 46, 48, 51, 53, 57).(Kaplan, Roberta) (Entered: 06/22/2023) |
| 06/23/2023 | 209 | | LETTER addressed to Judge Lewis A. Kaplan from Joseph Tacopina dated 6.23.2023 re: Stipulation and Proposed Order concerning cash deposit into court in lieu of supersedeas bond.. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit Stipulation and Proposed Order).(Tacopina, Joseph) (Entered: 06/23/2023) |
| 06/23/2023 | 210 | | STIPULATION AND ORDER REGARDING THE USE OF A CASH DEPOSIT IN COURT AS SECURITY IN LIEU OF A SUPERSEDEAS BOND: NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendant, that: As further set forth by this Order. TSO, on behalf of Defendant, shall make a cash deposit into the registry of the Court in the sum of $5,550,000.00, within five (5) business days of the entry of this Order, pursuant to Federal Rule of Civil Procedure 67(a); The Clerk shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, see Local Civil Rule 67.1(b)(2). SO ORDERED. (Signed by Judge Lewis A. Kaplan on 6/23/2023) (tg) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/23/2023) |
| 06/28/2023 | | | CASHIERS OFFICE CRIS DEPOSIT as per 210 Stipulation and Order, dated 06/23/2023, from Judge Lewis A. Kaplan, $5,550,000.00 deposited on 6/28/2023, Receipt Number NYSCCA23−00337 and placed into CRIS as of 6/29/2023..(bwi) (Entered: 06/28/2023) |
| 06/29/2023 | 211 | | REPLY MEMORANDUM OF LAW in Support re: 204 MOTION for New Trial . . Document filed by Donald J. Trump..(Tacopina, Joseph) (Entered: 06/29/2023) |
| 07/19/2023 | 212 | | MEMORANDUM OPINION DENYING DEFENDANT'S RULE 59 MOTION re: 204 MOTION for New Trial . filed by Donald J. Trump. The jury in this case did not reach "a seriously erroneous result." Its verdict is not "a miscarriage of justice." Mr. |

| | | |
|---|---|---|
| | | Trump's motion for a new trial on damages or a remittitur (Dkt 204) is denied. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 7/19/23) (yv) (Entered: 07/19/2023) |
| 07/19/2023 | 213 | AMENDED NOTICE OF APPEAL re: 179 Notice of Appeal, 212 Memorandum & Opinion,. Document filed by Donald J. Trump..(DeOreo, Matthew) (Entered: 07/19/2023) |
| 07/19/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 213 Amended Notice of Appeal. (km) (Entered: 07/19/2023) |
| 07/19/2023 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 213 Amended Notice of Appeal filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (km) (Entered: 07/19/2023) |
| 07/20/2023 | 214 | ORDER of USCA (Certified Copy) as to 213 Amended Notice of Appeal filed by Donald J. Trump, 179 Notice of Appeal filed by Donald J. Trump USCA Case Number 23−0793. IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant must file a scheduling notification or transcript status update letter within 14 days of the date of this order. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 7/19/2023. (tp) (Entered: 07/20/2023) |
| 07/27/2023 | 215 | LETTER addressed to Judge Lewis A. Kaplan from Susan Hoffinger dated 7/26/23 re: equest that Your Honor apprise us as to whether Kaplan Hecker & Fink, LLP may comply with the People's trial subpoena or if the Protective and Confidentiality Order in Carroll v. Trump precludes such compliance.(yv) (Entered: 07/27/2023) |
| 07/28/2023 | 216 | ORDER re: 215 Letter, Any response to the District Attorneys letter shall be filed on or before August 2, 2023. (Signed by Judge Lewis A. Kaplan on 7/28/2023) (Mohan, Andrew) (Entered: 07/28/2023) |
| 08/02/2023 | 217 | LETTER addressed to Judge Lewis A. Kaplan from Michael T. Madaio dated 8/2/2023 re: Response to Order dated 7−28−2023. Document filed by Donald J. Trump..(Madaio, Michael) (Entered: 08/02/2023) |
| 08/03/2023 | 218 | MEMO ENDORSEMENT on re: (215 in 1:22−cv−10016−LAK, 183 in 1:20−cv−07311−LAK) Letter request that Your Honor apprise us as to whether Kaplan Hecker & Fink, LLP may comply with the People's trial subpoena. ENDORSEMENT: Kaplan Hecker & Fink, LLP may comply with the People's trial subpoena. SO ORDERED., (Signed by Judge Lewis A. Kaplan on 8/3/23) (yv) (Entered: 08/03/2023) |
| 08/08/2024 | 219 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by E. Jean Carroll..(Crowley, Shawn) (Entered: 08/08/2024) |
| 08/09/2024 | 220 | STIPULATION AND ORDER SUBSTITUTING COUNSEL, IT IS HEREBY STIPULATED AND AGREED THAT on July 29, 2024, Plaintiff advised Hecker Fink LLP that she was discharging Hecker Fink LLP and wished to proceed with Kaplan Martin LLP as her sole attorneys in the above−entitled action; IT IS FURTHER STIPULATED AND AGREED THAT subject to the approval of this Court, Kaplan Martin LLP be substituted as attorneys of record for Plaintiff E. Jean Carroll in the above−entitled action instead of Hecker Fink LLP as of the date hereof; IT IS FURTHER STIPULATED AND AGREED THAT pursuant to Local Civil Rule I.4, Hecker Fink LLP has advised Plaintiff and Kaplan Martin LLP that it is asserting a charging lien in this matter pursuant to New York State Judiciary Law § 475 and Plaintiffs engagement agreement with Hecker Fink (which at the time was known as Kaplan Hecker & FinkLLP); IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel will meet and confer and advise the Court no later than 60 days from the date of entry of this proposed order whether a ruling is requested with respect to any aspect of Hecker Fink's assertion of a charging lien, including whether the issues are ripe or justiciable before the Court at that time. SO ORDERED. (Attorney Shawn Geovjian Crowley terminated.) (Signed by Judge Lewis A. Kaplan on 8/9/24) (yv) (Entered: 08/09/2024) |
| 09/09/2024 | 221 | LETTER addressed to Judge Lewis A. Kaplan from Michael Ferrara dated September 9, 2024 re: Terminating attorneys as per Stipulation of Substitution of Counsel. Document filed by E. Jean Carroll..(Ferrara, Michael) (Entered: 09/09/2024) |

| 09/10/2024 | 222 | MEMO ENDORSEMENT on re: 221 Letter erminating attorneys as per Stipulation of Substitution of Counsel filed by E. Jean Carroll. ENDORSEMENT : Granted. SO ORDERED., (Attorney Joshua Adam Matz; Trevor Morrison; Matthew J. Craig and Michael Ferrara terminated.) (Signed by Judge Lewis A. Kaplan on 9/10/24) (yv) (Entered: 09/10/2024) |
|---|---|---|
| 10/08/2024 | 223 | LETTER addressed to Judge Lewis A. Kaplan from Shawn G. Crowley dated October 8, 2024 re: Ruling on Charging Lien. Document filed by E. Jean Carroll..(Crowley, Shawn) (Entered: 10/08/2024) |
| 10/08/2024 | 224 | LETTER addressed to Judge Lewis A. Kaplan from Steven F. Molo dated October 8, 2024 re: ruling with respect to the charging lien. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 10/08/2024) |
| 10/09/2024 | 225 | LETTER addressed to Judge Lewis A. Kaplan from Shawn G. Crowley dated October 9, 2024 re: Reply to Request for Ruling on Charging Lien. Document filed by E. Jean Carroll..(Crowley, Shawn) (Entered: 10/09/2024) |
| 10/22/2024 | | Magistrate Judge Henry J. Ricardo is so redesignated to handle matters that may be referred in this case. (laq) (Entered: 10/22/2024) |
| 01/29/2025 | 226 | LETTER addressed to Judge Lewis A. Kaplan from Shawn G. Crowley dated January 29, 2025 re: charging liens. Document filed by E. Jean Carroll..(Crowley, Shawn) (Entered: 01/29/2025) |
| 01/30/2025 | 227 | LETTER addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan, dated January 30, 2025 re: charging liens. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 01/30/2025) |
| 07/10/2025 | 228 | MANDATE of USCA (Certified Copy) as to 213 Amended Notice of Appeal filed by Donald J. Trump, 179 Notice of Appeal filed by Donald J. Trump USCA Case Number 23−793. The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment of the district court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 7/10/2025. (Attachments: # 1 Supplement Supporting Document).(km) (Entered: 07/10/2025) |
| 07/10/2025 | | Transmission of USCA Mandate/Order to the District Judge re: 228 USCA Mandate.(km) (Entered: 07/10/2025) |
| 06/30/2026 | 229 | NOTICE OF APPEARANCE by Dennis Brandon Trice on behalf of E. Jean Carroll..(Trice, Dennis) (Entered: 06/30/2026) |
| 06/30/2026 | 230 | NOTICE OF APPEARANCE by Maximilian Crema on behalf of E. Jean Carroll..(Crema, Maximilian) (Entered: 06/30/2026) |
| 06/30/2026 | 231 | LETTER MOTION to Expedite *Briefing Schedule with respect to Plaintiff's Motion for an Order Directing Disbursement of Deposited Funds from the Registry of the Court* addressed to Judge Lewis A. Kaplan from Roberta A. Kaplan dated June 30, 2026. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 06/30/2026) |
| 06/30/2026 | 232 | MOTION for Disbursement of Funds *from the Court's Registry Investment System*. Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 06/30/2026) |
| 06/30/2026 | 233 | MEMORANDUM OF LAW in Support re: 232 MOTION for Disbursement of Funds *from the Court's Registry Investment System*. . Document filed by E. Jean Carroll..(Kaplan, Roberta) (Entered: 06/30/2026) |
| 06/30/2026 | 234 | PROPOSED ORDER FOR WITHDRAWAL OF FUNDS FROM COURT REGISTRY. Document filed by E. Jean Carroll. Related Document Number: 232 ..(Kaplan, Roberta) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/30/2026) |
| 07/01/2026 | 235 | ORDER granting 231 Letter Motion to Expedite. Granted. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 7/1/2026) (ar) (Entered: 07/01/2026) |
| 07/01/2026 | | Set/Reset Deadlines: Responses due by 7/7/2026 (ar) (Entered: 07/01/2026) |

| | | |
|---|---|---|
| 07/02/2026 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER FOR WITHDRAWAL OF FUNDS FROM COURT REGISTRY. Notice to attorney Roberta A. Kaplan to RE−FILE Document No. 234 Proposed Order for Withdrawal of Funds From Court Registry. The filing is deficient for the following reason(s): the proposed order for deposit in interest bearing account does not include the language directing the Clerk to deduct a fee not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; Re−file the document using the event type Proposed Order for Withdrawal of Funds from Interest Bearing Account found under the event list Proposed Orders. − select the correct filer/filers − attach the correct signed (scanned signature image) and dated PDF. − select the correct filer/filers − attach the correct signed (scanned signature image) and dated PDF that − − includes the language directing the Clerk to deduct a fee not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.. (cde) (Entered: 07/02/2026) |
| 07/03/2026 | 236 | MOTION to Amend/Correct 235 Order on Motion to Expedite . Document filed by Donald J. Trump. (Attachments: # 1 Supplement Memorandum of Law, # 2 Proposed Order Proposed Order).(Madaio, Michael) (Entered: 07/03/2026) |
| 07/03/2026 | 237 | MEMORANDUM OF LAW in Opposition re: 236 MOTION to Amend/Correct 235 Order on Motion to Expedite . . Document filed by E. Jean Carroll. (Attachments: # 1 Exhibit A − May 27, 2026 NYT Article, # 2 Exhibit B − NDIL Social Media Post, # 3 Exhibit C − Trump June 2, 2026 Letter, # 4 Exhibit D − Email Correspondence, # 5 Exhibit E − July 2, 2026 Bar Complaint).(Kaplan, Roberta) (Entered: 07/03/2026) |
| 07/04/2026 | 238 | ORDER denying 236 Motion to Amend/Correct (HEREBY ORDERED by Judge Lewis A. Kaplan)(Text Only Order) (Kaplan, Lewis) (Entered: 07/04/2026) |
| 07/07/2026 | 239 | PROPOSED ORDER FOR WITHDRAWAL OF FUNDS FROM INTEREST BEARING ACCOUNT. Document filed by E. Jean Carroll. Related Document Number: 232 ..(Kaplan, Roberta) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 07/07/2026) |
| 07/07/2026 | 240 | MEMORANDUM OF LAW in Opposition re: 232 MOTION for Disbursement of Funds *from the Court's Registry Investment System*. . Document filed by Donald J. Trump. (Attachments: # 1 Exhibit Petition for Rehearing).(Madaio, Michael) (Entered: 07/07/2026) |
| 07/08/2026 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER FOR WITHDRAWAL OF FUNDS FROM INTEREST BEARING ACCOUNT. Document No. 239 Proposed Order for Withdrawal of Funds From Interest Bearing Account was reviewed and approved as to form. (cde) (Entered: 07/08/2026) |
| 07/08/2026 | 241 | ORDER DIRECTING DISBURSEMENT OF DEPOSITED FUNDS FROM THE REGISTRY OF THE COURT granting 232 Motion for Disbursement of Funds. The Clerk is respectfully directed to disburse from CRIS the value of the principal Judgment, which amounts to $5,000,000.00, to the IOLTA account of Kaplan Martin LLP ob behalf of Plaintiff E. Jean Carrol, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff. The Clerk is further respectfully directed to disburse from CRIS the value of the post− judgment interest, computed pursuant to 28 U.S.C. 1961, that has accrued as of the date of this order, to the IOLTA account of Kaplan Martin LLP on behalf of Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk Court by counsel for Plaintiff. The Clerk is further respectfully directed to terminate Dkt. 232. (Signed by Judge Lewis A. Kaplan on 7/8/2026) (tro) Transmission to Finance Unit (Cashiers) for processing. (Entered: 07/08/2026) |
| 07/08/2026 | 242 | NOTICE OF APPEAL from 241 Order on Motion for Disbursement of Funds,,,,. Document filed by Donald J. Trump. Filing fee $ 605.00, receipt number ANYSDC−33105550. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Madaio, Michael) (Entered: 07/08/2026) |
| 07/08/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 242 Notice of Appeal. (tp) (Entered: 07/08/2026) |

| 07/08/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>242</u> Notice of Appeal, filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/08/2026) |
|---|---|---|
| 07/08/2026 | <u>243</u> | MEMORANDUM AND ORDER REGARDING MOTION FOR DISBURSEMENT OF FUNDS: Having considered carefully defendant's arguments, the Court by separate order has now directed that the money defendant owes plaintiff be disbursed to plaintiff. This memorandum briefly summarizes certain aspects of the Court's reasoning. 1. Paragraph 8 of the Stipulation and Order provides: As further set forth herein. Its plain language thus states that certiorari having been denied on June 29, 2026, plaintiff now is entitled to be paid from the amount deposited with the Court including the interest earned thereon over the past three years. 2. Defendant heavily relies on the claim that he has filed a petition for rehearing with respect to his petition for a writ of certiorari. It is wrong, in his view, to "treat[] the Supreme Court's denial of certiorari as the last word" while the rehearing petition is pending. That is so, he says, because Subparagraph 8(b) is triggered only upon "the final denial of a petition for certiorari." The short answer to that contention is that the word "final" does not appear in Subparagraph 8(b). Had the parties wished to agree that the judgment would be payable only upon the denial of any petition for rehearing of the denial of a petition for certiorari, they easily could have expressed that intention − either by inserting the word "final" or otherwise by addressing explicitly the consequences of the possibility of a rehearing petition being filed in the Supreme Court. Defendant in effect is asking the Court to redraft in his favor the contract to which he agreed. Nor is it any surprise that Subparagraph 8(b) reads as it does and means just what plaintiff claims. That language and construction are fully consistent with the Supreme Court's rules and the common understanding at the bench and bar of rehearing petitions in the cert.−denied context. Rule 16.3 of the Rules of the Supreme Court provides that "[t]he order of denial [of a petition for a writ of certiorari] will not be suspended pending disposition of a petition for rehearing except by order of the Court or a Justice." In other words, "the denial of certiorari is effective when issued, and it disposes of the case before the Supreme Court." That is so notwithstanding the fact that a petition for rehearing of a denial of certiorari theoretically has been or might be filed and, if filed, granted. It is worth noting also that the word "theoretically" in the last sentence warrants heavy emphasis. It is abundantly clear that applications for rehearing of denials of certiorari are permitted only in very narrow circumstances. Few are filed, and successful filings are extremely rare birds. Finally, it bears mention that the Court's reading of the Stipulation and Order is consistent with the view of defendant's counsel until very recently. According to plaintiff's counsel: As further set forth herein. Defendant has not disputed this account. And that is significant. Of course, if Subparagraph 8(b), and the Stipulation and Order more generally, meant what defendant now claims, there would have been no need for plaintiff to consent to a "further stay of enforcement" pending a possible request to the Supreme Court to reconsider its denial of certiorari. Defendant on June 29, 2026, thus seemed to have known that he was asking for plaintiff to consent to something to which she previously had not consented and to which defendant knew he did not have. Over a week later, defendant filed his opposition to plaintiff's motion to disburse funds taking this opposite position. 3. Invoking Subparagraph 8(c), defendant argues also that while his "rehearing petition is pending," it remains possible for the Supreme Court to grant certiorari and issue an order in connection with his appeal.7 In defendant's view, this means that this "Court [could not] conclude that 'the latest of' the conditions enumerated in Paragraph 8 ha[d] occurred." This argument, however, collapses into defendant's wrongheaded claim that his cert. petition before the Supreme Court remains pending until the Supreme Court decides his petition for rehearing. Yet defendants rehearing petition has "no effect on the finality of the denial of certiorari," and Subparagraph 8(b) as a matter of plain text (and thus the parties' intent) still governs. 4. Paragraph 10 of the Stipulation and Order in relevant part provides that "[i]f the Judgment is reversed and set aside completely, then the sums originally deposited with the Court by Defendant, together with any interest earned on such funds less any fees, shall be paid to Defendant. "Defendant argues that disbursing funds now would "wrongly moot[] out Paragraph 10" and render the Stipulation and Order "internally inconsistent" because, in his view, "Paragraph 10 presumes the funds remain available with the Court for return to Defendant after the appellate process is final." Defendant is correct to the extent that "Paragraphs 8 and 10 operate in tandem. But Paragraph 10 provides no independent basis for adopting defendant's misinterpretation of Paragraph 8. Paragraph 10 instead is premised on the "appellate process" playing out according to one of the three paths |

| | | |
|---|---|---|
| | | provided for in Paragraph 8. It has done so. It has played out as provided for in Subparagraph 8(b). 5. Finally, disbursement of funds would not cause defendant irreparable harm. In the highly unlikely event that the Supreme Court were to (i) grant defendant's petition for rehearing, (ii) reverse itself and grant his previously denied cert. petition, and (iii) reverse the judgment in this case, defendant could bring suit to recover any funds erroneously disbursed. In the last analysis, defendant has been stalling this case for years. A jury unanimously concluded that he sexually abused and defamed plaintiff and awarded her damages accordingly. The judgment on that verdict has been upheld on appeal. En banc rehearing has been denied. The Supreme Court has denied certiorari without dissent. It is time for him to "do equity" and pay the judgment. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 7/8/2026) (ar) Transmission to Finance Unit (Cashiers) for processing. (Entered: 07/08/2026) |
| 07/08/2026 | 244 | ORDER of USCA (Certified Copy) USCA Case Number 26−1840. Appellant moves for an immediate administrative stay of the district court's July 8, 2026 order authorizing disbursement of deposited funds held in the court's registry, while the Court considers Appellant's forthcoming motion for a stay pending appeal. IT IS HEREBY ORDERED that the motion for an administrative stay is DENIED. See Nken v. Holder, 556 U.S. 418, 43336 (2009) (discussing stay factors). Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 7/8/2026.(km) (Entered: 07/09/2026) |
| 07/14/2026 | | CASHIERS OFFICE CRIS DISBURSEMENT as per 241 Order on Motion for Disbursement of Funds, dated 07/08/2026, from Judge Lewis A. Kaplan, on 07/09/2026 disbursed to pay KAPLAN MARTIN LLP $5,625,005.48 EFT No. 2105280 dated 07/13/2026.(bwi) (Entered: 07/14/2026) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

E. JEAN CARROLL,

                    *Plaintiff,*

            v.

DONALD J. TRUMP,

                    *Defendant.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2026__

No. 22 Civ. 10016 (LAK)

**ORDER DIRECTING DISBURSEMENT OF DEPOSITED FUNDS FROM**
**THE REGISTRY OF THE COURT**

**WHEREAS**, on May 11, 2023, the Court entered a Judgment against Donald J. Trump in the total

amount of $5,000,000.00 in favor of Plaintiff E. Jean Carroll (the "Judgment").

**WHEREAS**, on June 23, 2023, the Court so ordered a Stipulation and Order Regarding the Use

of a Cash Deposit in Court as a Security in Lieu of a Supersedeas Bond, which authorized Tacopina, Seigel

& DeOreo ("TSD"), on behalf of Defendant, to make a cash deposit into the registry of the Court in the

sum of $5,550,000.00 pursuant to Federal Rule of Civil Procedure 67(a). ECF No. 210 (the "Stipulation

and Order").

**WHEREAS**, the Stipulation and Order provided that "[t]he Clerk shall deduct from the income

on the investment a fee consistent with that authorized by the Judicial Conference of the United States and

set by the Director of the Administrative Office, *see* Local Civil Rule 67.l(b)(2)." ECF No. 210 ¶ 7.

**WHEREAS**, the Stipulation and Order provided that "[a]fter the latest of (a) the mandate issued

by the Second Circuit in connection with the Appeal; (b) a denial of a timely filed petition for writ of

certiorari to the Supreme Court (if any) in connection with the Appeal; or (c) upon the Supreme Court's

granting of certiorari, an order of the Supreme Court in connection with the Appeal, Plaintiff may collect

any moneys owed by Defendant to Plaintiff under the terms of the Judgment, as may be modified on appeal

2

or court order, from the amount deposited with the Court by Defendant, inclusive of any interest earned on such funds less any fees." ECF No. 210 ¶ 8.

WHEREAS, on June 28, 2023, Defendant's then-counsel, Tacopina, Seigel & DeOreo, deposited $5,550,000.00, into the Court Registry Investment System ("CRIS") on June 28, 2023. Minute Order, June 28, 2023.

WHEREAS, on June 29, 2026, the Supreme Court of the United States denied Defendant's petition for a writ of certiorari.

NOW, THEREFORE IT IS HEREBY ORDERED, that:

1.     The Clerk is respectfully directed to disburse from CRIS the value of the principal Judgment, which amounts to $5,000,000.00, to the IOLTA account of Kaplan Martin LLP on behalf of Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff.

2.     The Clerk is further respectfully directed to disburse from CRIS the value of the post-judgment interest, computed pursuant to 28 U.S.C. § 1961, that has accrued as of the date of this order, to the IOLTA account of Kaplan Martin LLP on behalf of Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff.

3.     The Clerk is further respectfully directed to terminate Dkt 232.

**SO ORDERED.**
Dated: July 8, 2026

_____
Lewis A. Kaplan
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                    Plaintiff,

        -against-

DONALD J. TRUMP,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22-cv-10016 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/8/2026___

## MEMORANDUM AND ORDER REGARDING
## MOTION FOR DISBURSEMENT OF FUNDS

LEWIS A. KAPLAN, *District Judge.*

      More than three years ago, a jury returned a verdict against defendant for $5 million for sexual abuse and defamation. The judgment was appealed. Defendant posted $5,550,000 with the Court to secure payment of the judgment plus interest pursuant to a stipulation and court order that stayed enforcement of the judgment pending appeal (the "Stipulation and Order"). In due course, the judgment was affirmed on appeal. The Court of Appeals denied rehearing *en banc.* And the Supreme Court, on June 29, 2026, denied without dissent defendant's petition for a writ of certiorari. Plaintiff now has moved for disbursement of funds in the amount of the judgment plus post-judgment interest. Defendant resisted, contending that payment must, or in any event should, be stayed against the possibility that the Supreme Court might change its mind, grant his petition for rehearing of his cert. petition, and grant certiorari.

2

Having considered carefully defendant's arguments, the Court by separate order has now directed that the money defendant owes plaintiff be disbursed to plaintiff. This memorandum briefly summarizes certain aspects of the Court's reasoning.

1.      Paragraph 8 of the Stipulation and Order provides:

> "***After the latest of*** (a) the mandate issued by the Second Circuit in connection with the Appeal; (b) ***a denial of a timely filed petition for writ of certiorari to the Supreme Court (if any) in connection with the Appeal***; or (c) upon the Supreme Court's granting of certiorari, an order of the Supreme Court in connection with the Appeal, ***Plaintiff may collect any moneys owed by Defendant to Plaintiff under the terms of the Judgment, as may be modified on appeal or court order, from the amount deposited with the Court by Defendant, inclusive of any interest earned on such funds less any fees.***"[1]

Its plain language thus states that certiorari having been denied on June 29, 2026, plaintiff now is entitled to be paid from the amount deposited with the Court including the interest earned thereon over the past three years.

2.      Defendant heavily relies on the claim that he has filed a petition for rehearing with respect to his petition for a writ of certiorari. It is wrong, in his view, to "treat[] the Supreme Court's denial of certiorari as the last word" while the rehearing petition is pending.[2] That is so, he says, because Subparagraph 8(b) is triggered only upon "the *final* denial of a petition for certiorari."[3] The short answer to that contention is that the word "final" does not appear in Subparagraph 8(b). Had the parties wished to agree that the judgment would be payable only upon the denial of any

---

[1]     Emphasis added.

[2]     Def.'s Opp'n (Dkt 240) at 4.

[3]     *Id.* at 1 (emphasis added).

3

petition for rehearing of the denial of a petition for certiorari, they easily could have expressed that intention – either by inserting the word "final" or otherwise by addressing explicitly the consequences of the possibility of a rehearing petition being filed in the Supreme Court.  Defendant in effect is asking the Court to redraft in his favor the contract to which he agreed.

Nor is it any surprise that Subparagraph 8(b) reads as it does and means just what plaintiff claims.  That language and construction are fully consistent with the Supreme Court's rules and the common understanding at the bench and bar of rehearing petitions in the cert.-denied context.

Rule 16.3 of the Rules of the Supreme Court provides that "[t]he order of denial [of a petition for a writ of certiorari] will not be suspended pending disposition of a petition for rehearing except by order of the Court or a Justice."  In other words, "the denial of certiorari is effective when issued, and it disposes of the case before the Supreme Court."[4]  That is so notwithstanding the fact that a petition for rehearing of a denial of certiorari theoretically has been or might be filed and, if filed, granted.

It is worth noting also that the word "theoretically" in the last sentence warrants heavy emphasis.  It is abundantly clear that applications for rehearing of denials of certiorari are permitted only in very narrow circumstances.  Few are filed, and successful filings are extremely rare birds.[5]

---

[4] *Horton v. United States*, 244 F.3d 546, 551 (7th Cir. 2001); *accord Rosa v. United States*, 785 F.3d 856, 859 (2d Cir. 2015) (collecting cases and noting that "[a]ll eight circuit courts of appeals to have considered this issue have reached this same conclusion").

[5] *E.g.*, STEPHEN M. SHAPIRO, ET AL., SUPREME COURT PRACTICE §§ 15.5, 15.6.(B) (11th ed. 2019).

4

Finally, it bears mention that the Court's reading of the Stipulation and Order is consistent with the view of defendant's counsel until very recently. According to plaintiff's counsel:

> "Defendant's counsel contacted Carroll's undersigned counsel [shortly after the denial of certiorari on June 29, 2026,] to inquire whether Carroll would consent to a further stay of enforcement of the judgment in this action so that Defendant can ask the Supreme Court to reconsider its denial of certiorari in her case. Counsel for Carroll explained that Paragraph 8 of the Stipulation and Order provided for disbursement of the award owed to Carroll immediately upon denial of a petition for certiorari, and counsel for Defendant clarified that he was requesting that Carroll consent to a 'new stay or continuance' of execution."[6]

Defendant has not disputed this account. And that is significant.

Of course, if Subparagraph 8(b), and the Stipulation and Order more generally, meant what defendant now claims, there would have been no need for plaintiff to consent to a "further stay of enforcement" pending a possible request to the Supreme Court to reconsider its denial of certiorari. Defendant *on June 29, 2026*, thus seemed to have known that he was asking for plaintiff to consent to something to which she previously had not consented and to which defendant knew he did not have. Over a week later, defendant filed his opposition to plaintiff's motion to disburse funds taking this opposite position.

3.      Invoking Subparagraph 8(c), defendant argues also that while his "rehearing petition is pending," it remains possible for the Supreme Court to grant certiorari and issue an order in connection with his appeal.[7] In defendant's view, this means that this "Court [could not] conclude

---

[6]      Pl.'s Mot. (Dkt 233) at 4.

[7]      Def.'s Opp'n (Dkt 240) at 5.

5

that 'the latest of' the conditions enumerated in Paragraph 8 ha[d] occurred."[8]  This argument, however, collapses into defendant's wrongheaded claim that his cert. petition before the Supreme Court remains pending until the Supreme Court decides his petition for rehearing.  Yet defendant's rehearing petition has "no effect on the finality of the denial of certiorari,"[9] and Subparagraph 8(b) as a matter of plain text (and thus the parties' intent) still governs.

> 4.  Paragraph 10 of the Stipulation and Order in relevant part provides that "[i]f the Judgment is reversed and set aside completely, then the sums originally deposited with the Court by Defendant, together with any interest earned on such funds less any fees, shall be paid to Defendant." Defendant argues that disbursing funds now would "wrongly moot[] out Paragraph 10" and render the Stipulation and Order "internally inconsistent" because, in his view, "Paragraph 10 presumes the funds remain available with the Court for return to Defendant after the appellate process is final."[10] Defendant is correct to the extent that "Paragraphs 8 and 10 operate in tandem."[11] But Paragraph 10 provides no independent basis for adopting defendant's misinterpretation of Paragraph 8.  Paragraph 10 instead is premised on the "appellate process" playing out according to one of the three paths provided for in Paragraph 8.  It has done so.  It has played out as provided for in Subparagraph 8(b).

---

[8]  *Id.* at 6.

[9]  *Jennings v. Hagel*, 558 F. App'x 661, 662 (7th Cir. 2014); *accord Rosa*, 785 F.3d at 860.

[10]  Def.'s Opp'n (Dkt 240) at 7, 9.

[11]  *Id.* at 9.

6

**5.**    Finally, disbursement of funds would not cause defendant irreparable harm. In the highly unlikely event that the Supreme Court were to (i) grant defendant's petition for rehearing, (ii) reverse itself and grant his previously denied cert. petition, and (iii) reverse the judgment in this case, defendant could bring suit to recover any funds erroneously disbursed.[12]

\*        \*        \*

In the last analysis, defendant has been stalling this case for years.    A jury unanimously concluded that he sexually abused and defamed plaintiff and awarded her damages accordingly.    The judgment on that verdict has been upheld on appeal.    *En banc* rehearing has been denied. The Supreme Court has denied certiorari without dissent.    It is time for him to "do equity" and pay the judgment.

SO ORDERED.

Dated:        July 8, 2026

_____
Lewis A. Kaplan
United States District Judge

---

[12]    *See, e.g., Nw. Fuel Co. v. Brock*, 139 U.S. 216, 219-20 (1891).