## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Carroll v. Trump     Docket No.: 26-1840

Lead Counsel of Record (name/firm) or Pro se Party (name): Roberta A. Kaplan / Kaplan Martin LLP

Appearance for (party/designation): E. Jean Carroll / Plaintiff - Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.   Please change the following parties' designations:
     Party                              Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Roberta A. Kaplan
Firm: Kaplan Martin LLP
Address: 1133 Avenue of the Americas, Suite 1500
Telephone: 212-316-9500          Fax: _____
Email: rkaplan@kaplanmartin.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.   The short title, docket number, and citation are: _____
 Carroll v. Trump, No. 23-793, 141 F.4th 366, 124 F.4th 140 (2d Cir.).

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:   Carroll v. Trump, No. 24-644, 148 F.4th 110, 151 F.4th 50, 175 F.4th 100 (2d Cir.);
 Carroll v. Trump, Nos. 20-3977 & 20-3978, 49 F.4th 759, 66 F.4th 91 (2d Cir.); Carroll v. Trump, Nos. 23-1045 & 23-1146, 88 F.4th 418 (2d Cir.).

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
2024-07-25 _____ OR that ( ) I applied for admission on _____ or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Roberta A. Kaplan
Type or Print Name: Roberta A. Kaplan
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.