**K a p l a n
M a r t i n**

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

July 27, 2026

**BY ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   *Re:* *Carroll v. Trump*, No. 26-1840 (2d Cir.)

Dear Ms. Wolfe:

  On behalf of Plaintiff-Appellee E. Jean Carroll, we write to inform the Court that Defendant-Appellant's petition for rehearing from the denial of certiorari was distributed to the Justices of the United States Supreme Court last week. *See Trump v. Carroll*, No. 25-573 (U.S. July 23, 2026). As a result, a decision regarding Defendant's rehearing petition could be announced on August 17, when the Supreme Court plans to issue a summer order list. *See* Press Release, Supreme Court of the United States, *Summer Order Lists* (July 1, 2026) (explaining that summer order lists usually contain, among other things, "actions taken by the Court on . . . petitions for rehearing"), available at: https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_07-01-26.

  Given the possibility that Defendant's petition could be denied three weeks from now, not to mention the public interest in minimizing burdens on the parties and the Court, we respectfully suggest that it may make sense for the Court to hold Defendant's motion for an injunction pending appeal in abeyance. Dkt. No. 15.

      Respectfully submitted,

      Roberta A. Kaplan

cc:  Counsel of Record (via ACMS)