**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

RAYMOND J. LOHIER, JR.
CHIEF JUDGE

Date: July 28, 2026
Docket #: 26-1840
Short Title: Carroll v. Trump

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

DC Docket #: 1:22-cv-10016
DC Court: SDNY (NEW YORK CITY)
DC Judge: Lewis A. Kaplan

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8549.