# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-six.

Before:    Eunice C. Lee,
                 *Circuit Judge.*

_____

E. Jean Carroll,                                          **ORDER**

            Plaintiff - Appellee,              Docket No. 26-1840

    v.

Donald Trump,

            Defendant - Appellant.

_____

Appellant moves for a stay pending appeal and/or, if necessary, an injunction pending appeal.  In a recent filing, Appellee suggests that the motion be held in abeyance pending the Supreme Court's decision on Appellant's pending motion for rehearing of that Court's denial of certiorari, which may be issued as early as August 17, 2026.  Appellant opposes holding the motion in abeyance.  Upon due consideration, it is hereby ORDERED that decision on the motion is STAYED until August 18, 2026, at which point the Court will determine whether expedited decision on the motion is warranted.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

