August 5, 2026

**<u>Via ACMS</u>**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Carroll v. Trump*, No. 26-1840

Dear Ms. Wolfe:

      Pursuant to Second Circuit Rule 31.2(a)(1)(A), President Donald J. Trump hereby requests a deadline of October 21, 2026, for his Opening Brief in the above-referenced matter.  This date is 91 days after the "ready date," which is July 22, 2026.

      Respectfully,

      <u>*/s/ Josh Halpern*</u>
      Josh Halpern
      JH LEGAL PLLC
      1100 H. Street NW
      Suite 840
      Washington, DC 20005
      (610) 405-5531
      jhalpern@jhlegalpllc.com

      *Counsel for President*
      *Donald J. Trump*

cc:    All Counsel of Record

1