

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

August 5, 2026

**BY ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   *Re:*  *Carroll v. Trump*, No. 26-1840 (2d Cir.)

Dear Ms. Wolfe:

  On behalf of Plaintiff-Appellee E. Jean Carroll, we write in response to Defendant-Appellant Donald J. Trump's letter, filed earlier today, requesting a deadline to file his Opening Brief that is 91 days after the "ready date." Dkt. No. 27. Plaintiff-Appellee does not object to the request.

           Respectfully submitted,

           Roberta A. Kaplan

cc:  Counsel of Record (via ACMS)