**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand twenty-six,

_____

E. Jean Carroll,

        Plaintiff - Appellee,

   v.

Donald Trump,

        Defendant - Appellant.

_____

|  |
|---|
| **ORDER**<br>Docket No. 26-1840 |

Counsel for Appellant Donald Trump has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 21, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before October 21, 2026. The appeal is dismissed effective October 21, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

