Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

August 17, 2026

**BY ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:* *Carroll v. Trump*, No. 26-1840 (2d Cir.)

Dear Ms. Wolfe:

On behalf of Plaintiff-Appellee E. Jean Carroll, we write to inform the Court that the United States Supreme Court entered an order today denying Defendant-Appellant's petition for rehearing from the denial of certiorari. *See Trump v. Carroll*, No. 25-573 (U.S. Aug. 17, 2026).

This Court previously stayed its ruling on Defendant-Appellant's motion for an injunction pending appeal until the Supreme Court acted, noting it would determine at that time "whether expedited decision on the motion is warranted." Dkt. No. 25. As Defendant-Appellant has acknowledged, his motion and appeal were premised on the fact that his "petition for rehearing remains pending before the Supreme Court." Dkt. No. 15. Now that the Supreme Court has denied the petition, his motion and this appeal are moot.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via ACMS)