# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of September, two thousand twenty-six.

---

E. Jean Carroll,

Plaintiff - Appellee,

v.

Donald Trump,

Defendant - Appellant.

---

**ORDER**

Docket No. 26-1840

Appellant moves for a stay pending appeal and/or, if necessary, an injunction pending appeal.

Upon due consideration, it is hereby ORDERED that decision on the motion is STAYED and Appellant is directed to file, within 14 days of the date of the present order, a letter addressing, with citation to relevant authorities: (a) whether the motion has been rendered moot, in whole or part; (b) if rendered moot, whether it will be withdrawn; and (c) if not moot, what relief described in the original motion can still be ordered by this Court. It is further ORDERED that Appellee reply to the Appellant's letter within 14 days after its filing.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 9/23/2026