**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff-Appellee,*<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP,<br><br>*Defendant-Appellant.* | No. 26-1840 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellant President Donald J. Trump and Appellee E. Jean Carroll hereby stipulate to the dismissal of this appeal with prejudice. Appellant hereby withdraws his Motion for a Stay Pending Appeal and/or, If Necessary, an Injunction Pending Appeal, dated July 10, 2026 (Dkt. No. 15). Each party shall bear its own costs. No court fees are due at this time.

Dated: September 25, 2026

Respectfully Submitted,

/s/ *Josh Halpern*
Josh Halpern
JH LEGAL PLLC
1100 H Street NW
Suite 840
Washington, DC 20005
(610) 405-5531
jhalpern@jhlegalpllc.com

*Counsel for President Donald J. Trump*

/s/ *Roberta A. Kaplan*
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
Kaplan Martin LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
Tel.: (212) 316-9500

*Counsel for E. Jean Carroll*

## CERTIFICATE OF COMPLIANCE

This stipulation complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because it contains 70 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d) because it was prepared using Microsoft Word in 14-point Times New Roman, a proportionally spaced typeface.

/s/ *Josh Halpern*
Josh Halpern