# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand twenty-six.

---

E. Jean Carroll,

Plaintiff - Appellee,

v.

Donald Trump,

Defendant - Appellant.

---

**ORDER**

Docket No. 26-1840

The parties stipulate to dismiss this appeal with prejudice pursuant to FRAP 42(b), and Appellant withdraws his motion for a stay pending appeal.

The stipulation is SO ORDERED. The stay motion (docket entry 15) is deemed WITHDRAWN.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court